

#55726 v6 – 11790 0001

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JOHN G. ARMENIA, ALFRED L.
CALCIANO Individually, and
INNOVATIVE RESEARCH AND
DEVELOPMENT CORPORATION,
a Florida Corporation,

        Plaintiffs,

vs.

CASE NO. 2:00-cv-254-FTH-20D

SAMAR COMPANY, INC.,
a Massachusetts Corporation,
and WILLIAM SELBY, Individually,

        Defendants.

_____/

## COMPLAINT FOR PATENT INFRINGEMENT,
## THEFT OF TRADE SECRETS AND INJUNCTIVE RELIEF

COMES NOW, Plaintiffs, JOHN G. ARMENIA (hereinafter referred to as "ARMENIA"), ALFRED L. CALCIANO (hereinafter referred to as "CALCIANO") and INNOVATIVE RESEARCH AND DEVELOPMENT CORPORATION (hereinafter referred to as "INNOVATIVE RESEARCH"), a Florida Corporation, by and through their undersigned counsel, and sue Defendants, SAMAR COMPANY, INC. (hereinafter referred to as "SAMAR"), a Massachusetts Corporation, and WILLIAM SELBY (hereinafter referred to as "SELBY"), individually, and state:

)                              )

## GENERAL ALLEGATIONS

1.      Plaintiffs, ARMENIA and CALCIANO, are residents of Lee County, Florida, and are the sole inventors of a new safety hose for water delivery to household appliances.

2.      Plaintiff, INNOVATIVE RESEARCH is a Florida Corporation, with its principal place of business in Lee County, Florida.

3.      Defendant, SAMAR is a Massachusetts Corporation, with its principal place of business in Stoughton, Massachusetts.

4.      Defendant, SELBY is a resident of Stoughton, Massachusetts, and has individually engaged in the conduct complained of in this Complaint.

5.      This Court has jurisdiction of this action pursuant to 28 U.S.C. § 1338(a).

6.      Venue is proper under 28 U.S.C.S. § 1400(b).

7.      In early 1993, Plaintiffs, ARMENIA and CALCIANO began work on the conceptualization, development, and design of a new and unique safety hose designed to deliver water to household appliances, namely washing machines. Plaintiffs set out to design a safety hose to prevent water damage caused by the rupture of existing conventional water hoses.

8.      In the course of conceiving, designing and developing their safety hose technology, Plaintiffs ARMENIA and CALCIANO derived and developed a substantial

body of confidential information (hereinafter referred to as "CONFIDENTIAL INFORMATION") related to that technology.

9.     The CONFIDENTIAL INFORMATION conceived, designed and developed by Plaintiffs ARMENIA and CALCIANO possesses significant economic value as a result of not being known or readily ascertainable by others. As such the CONFIDENTIAL INFORMATION is propriety to Plaintiffs ARMENIA and CALCIANO.

10.     Plaintiffs ARMENIA and CALCIANO have taken reasonable efforts to maintain the secrecy of the CONFIDENTIAL INFORMATION.

11.     In 1996, Plaintiffs ARMENIA and CALCIANO established the company, INNOVATIVE RESEARCH, to handle product development, acquiring patents and working on the ultimate manufacture and distribution of the new safety hose.

12.     On September 5, 1996 and October 8, 1996, Plaintiffs ARMENIA and CALCIANO submitted patent applications for their new safety hose designs.

13.     On or about February 3, 1998 and June 30, 1998, the United States commissioner of Patents and Trademarks issued United States Patents, Nos. 5,713,387 and 5,771,916 to Plaintiffs ARMENIA and CALCIANO for the original designs of the new safety hose. Plaintiffs ARMENIA and CALCIANO are record owners of the patents. A copy of the Letters Patent are attached hereto as Exhibits "A" and "B", respectively.

14.   On June 10, 1997, Plaintiffs ARMENIA and CALCIANO submitted a third patent application for their new safety hose design.

15.   On or about August 3, 1999, the United States commissioner of Patents and Trademarks issued a United States Patent, No. 5,931,184 to Plaintiffs ARMENIA and CALCIANO for the third original design of the new safety hose. Plaintiffs ARMENIA and CALCIANO are record owners of the patent. A copy of the Letters Patent is attached hereto as Exhibit "C" and incorporated by reference.

16.   On or about August 14, 1998, Plaintiffs ARMENIA and CALCIANO submitted a provisional patent application (Docket No. CA102) for yet another version of their original safety hose design.  A copy of Plaintiffs' Provisional Application for United States Letters Patent is attached hereto as Exhibit "D."

17.   In the later part of 1997, Plaintiff CALCIANO contacted Defendant SELBY, a hose manufacturer with domestic applications, concerning the availability of a polyester woven hose, which Plaintiff was interested in incorporating into their new safety hose. During the conversation with Defendant SELBY, Plaintiff CALCIANO discovered that SELBY also manufactured washing machine hoses.

18.   Plaintiff CALCIANO asked Defendant SELBY whether he would be interested in obtaining a license to manufacture Plaintiffs' new safety hose.

19.   Defendant SELBY advised Plaintiffs of his interest in assisting with the manufacture of the new safety hose and requested a meeting to inspect Plaintiffs'

invention.  A meeting was originally scheduled for January 8, 1998 and was rescheduled to January 12, 1998 at Plaintiffs' office in Sanibel Island, Florida.

20.     On December 12, 1997, Plaintiff ARMENIA delivered to Defendants a "Confidential Disclosure Agreement" (hereinafter referred to as "the AGREEMENT").

21.     Thereafter, on January 12, 1998, Defendant SELBY traveled to Plaintiffs' office in Sanibel Island, Florida, and affixed his signature to the AGREEMENT. A copy of the AGREEMENT is attached hereto as Exhibit "E" and incorporated by reference.

22.     After delivering the executed AGREEMENT to the Plaintiffs, Plaintiffs showed Defendants their new safety hose, and discussed in great detail the design and development of the new safety hose. Plaintiffs also discussed with Defendants the features, possible improvements and changes which the Plaintiffs had contemplated.

23.     Defendant SELBY expressed great interest during his meetings with the Plaintiffs, and discussed the possibility of entering into a licensing agreement for the manufacture of the new safety hose.

24.     Defendant SELBY returned to Massachusetts ostensibly to discuss a potential licensing agreement with his brother and business associate.

25.     For several weeks thereafter, Defendant SELBY had several discussions with Plaintiffs regarding a potential licensing agreement.

26.     Soon thereafter, Defendant SELBY essentially ceased all communications with the Plaintiff, and failed to return Plaintiff's calls.

27.     Plaintiffs had no further contact with Defendant SELBY.   Plaintiffs recently discovered, however, that Defendants filed a patent application for a product design nearly identical to that which Plaintiffs shared with Defendants under the Confidential Disclosure Agreement.

28.     On or about March 21, 2000, the United States Commissioner of Patents and Trademarks issued a United States Patent, No. 6,039,066 to Defendant SELBY for the invention of a safety hose system for delivery of water to a household washing machine. A copy of Defendant's Letters Patent is attached as Exhibit "F." Defendants purported patent is virtually identical to the design which Plaintiffs shared with the Defendant, and patented by the Plaintiffs and incorporates CONFIDENTIAL INFORMATION not disclosed in Plaintiffs ARMENIA and CALCIANO's Patent.

29.     Plaintiffs have retained the Law Firms of Annis, Mitchell, Cockey, Edwards & Roehn, P.A. and the Law Offices of William Noonan to represent them in this matter, and are obligated to pay them a reasonable attorneys' fees for their services.

## COUNT I

### Injunction and Damages for Breach of Confidential Disclosure Agreement

30.     Plaintiffs reallege and incorporate by reference, the allegations of paragraphs 1 through 29 above, as if fully set forth herein.

31.     Pursuant to the terms of the Confidential Disclosure Agreement, Defendants agreed not to use the CONFIDENTIAL INFORMATION, namely Plaintiff's conceptual design of the safety hose and information related thereto.

32.     Defendant, SELBY breached the AGREEMENT by misappropriating the information shared by the Plaintiffs, and using it for his own benefit, to wit:  applying for a patent for a virtually identical invention with the same uses and developed for the same purpose as Plaintiffs' invention.

33.     Upon information and belief, Defendants have violated and continue to violate the AGREEMENT and by using and continuing to use the CONFIDENTIAL INFORMATION acquired from Plaintiffs to market Defendants' hose in competition with Plaintiffs' product.

34.     Plaintiffs have been damaged as a direct and proximate result of Defendant's breach of the AGREEMENT, and will continue to suffer irreparable harm if Defendants' breach of the AGREEMENT is not enjoined.

## COUNT II

### Theft of Trade Secrets

35.     Plaintiffs reallege and incorporate by reference, the allegations of paragraphs 1 through 29 above, as if fully set forth herein.

36.     This is an action for violation of Florida's Uniform Trade Secrets Act (Florida Statute, Section 688.001, et. seq.) for injunctive relief, an accounting award of damages, exemplary damages, and attorney's fees.

37.     On January 12, 1998, Plaintiffs shared with Defendant SELBY confidential, proprietary information concerning the conceptualization, design, development, and possible modifications to Plaintiffs' invention, the safety hose.

38.     Plaintiffs showed Defendants their patent application detailing the design and specifications of the new safety hose and discussed additional features and modifications not discussed in the patent application.

39.     All of the foregoing was disclosed to Defendants, in confidence, and pursuant to a Confidential Disclosure Agreement, such that Defendants had a duty and have a continued duty to maintain its secrecy, and not to otherwise utilize Plaintiffs' trade secrets for Defendants own benefit.

40.     Defendants have failed to maintained the secrecy of Plaintiffs' trade secrets and the CONFIDENTIAL INFORMATION shared with them during the January 12, 1998 meeting, and have used the trade secrets and information for their own personal gain without Plaintiffs' consent, express or implied.

41.     Defendant SELBY and Defendant SAMAR conspired to appropriate for their own use confidential and secret information acquired by Defendant SELBY during the course of the January 12, 1998 meeting and subsequent communications. Defendants

used the information for their own purposes, to the detriment of Plaintiffs and their business.

42.   Defendants knew that Defendants had a duty to maintain the secrecy of Plaintiffs' trade secrets.

43.   Defendants' misappropriation of plaintiffs' trade secrets was willful and malicious.

44.   Defendants' acts have resulted, and will continue to result, in Defendants' unjust enrichment. The Defendants' use of such secret and CONFIDENTIAL INFORMATION has and will continue to damage Plaintiffs' business interests.

45.   Defendants, unless restrained, will continue to be unjustly enriched to Plaintiffs' prejudice, detriment, and damage.

## COUNT III

### Patent Infringement

46.   This action arises under the patent laws of the United States and more particularly under 35 U.S.C.S. §§ 271, 282, 283, 284, and 285.

47.   Plaintiffs reallege and incorporate by reference, the allegations of paragraphs 1 through 29, as if fully set forth herein.

48.   Plaintiffs ARMENIA and CALCIANO and its exclusive licensee, INNOVATIVE RESEARCH are commercially exploiting ARMENIA's and

CALCIANO's invention by further designing and developing, constructing, and soliciting hose manufacturer's interest in a licensing agreement for the manufacture and distribution of the new safety hose as described in its Letters Patent.

49.     Defendants are infringing Plaintiffs' U.S. Letters Patent Nos. 5,713,387; 5,771,916; and 5,931,184 by manufacturing, using, selling, and/or distributing a safety hose for the delivery of water to household appliances as claimed in Plaintiff's patent.

50.     The product disclosed in Defendant's U.S. Letters Patent No. 6,039,066 is covered by the claims of Plaintiffs' U.S. Patent No. 5,931,184.

51.     Defendant's actions in obtaining a U.S. Patent after meeting with and obtaining CONFIDENTIAL INFORMATION from Plaintiffs indicates that Defendants are likely to continue marketing a product as disclosed in U.S. Letters Patent number 6,039,066, unless enjoined.

52.     Defendants' infringement is deliberate, willful, intentional, and committed with full knowledge of the existence and validity of Plaintiff's patent.

53.     The infringement described above is injurious to Plaintiffs in that Defendants are manufacturing, using, selling, and/or distributing a safety hose for the delivery of water to household appliances for which the patent belongs to Plaintiffs.

54.     Because the damages Plaintiffs have sustained and will sustain in the future, as a result of Defendants' infringement, are uncertain and impossible to calculate accurately, Plaintiffs have no adequate remedy at law.

## COUNT IV

## COMMON LAW UNFAIR COMPETITION

55.     Plaintiffs reallege and incorporate by reference, the allegations of paragraphs 1 through 29, as if fully set forth herein.

56.     By illegally using Plaintiffs' CONFIDENTIAL INFORMATION Defendants were able to complete the patent process and market a patented product in competition with Plaintiffs far sooner than would have been possible if Defendants did not have access to Plaintiffs' CONFIDENTIAL INFORMATION.

57.     The illegal use of the CONFIDENTIAL INFORMATION has provided Defendants' with an unfair competitive advantage over Plaintiffs.

58.     This unfair competitive advantage has seriously damaged and will continue to damage Plaintiffs efforts to market their own patented products, unless Plaintiffs are enjoined.

WHEREFORE, Plaintiff respectfully requests the following relief:

1)     An Order declaring Plaintiffs ARMENIA and CALCIANO to be the record owner of all right, title, and interest in and to U.S. Letters Patent No. 5,931,184;

2)     An Order finding that U.S. Letters Patent No. 5,931,184 is good and valid in the law, and that the patent has been infringed by Defendants;

3)    An Order decreeing that the product disclosed in Defendant's U.S. Patent Letters number 6,039,066 infringes on Plaintiffs' U.S. Letters Patent number 5,931,184.

4)    A temporary injunction precluding Defendants, their officers, directors, servants, agents, employees, and attorneys from engaging in further infringement against Letters Patent No. 5,931,184, pending the outcome of this action;

5)    A permanent injunction precluding Defendants, their officers, directors, servants, agents, employees, and attorneys from engaging in further infringement against Letters Patent No. 5,931,184.

6)    A permanent injunction restraining the Defendants, their officers, directors, servants, agents, employees, and attorneys from making, using or selling the product disclosed in U.S. Letters Patent No. 6,036,066.

7)    A permanent injunction restraining the Defendants, their officers, directors, servants, agents, employees, and attorneys from further disclosing or using Plaintiffs' confidential design and development of the new safety hose;

8)    An Order requiring that all products, circulars, brochures, advertisements, and other documentation in the possession, custody or control of Defendants, and all molds or other means of making the product which might, if used, violate the injunction, be delivered up and destroyed as the Court shall direct;

9)    An Order requiring Defendants to account to Plaintiff for any and all profits derived by them, and all damages sustained by Plaintiff resulting from the acts complained of, including wages and salaries;

10)    An award to Plaintiff of damages adequate to compensate Plaintiff for Defendants' infringement, together with an award of treble the amount of damages because of the willful and deliberate character of the infringement, as provided by 35 U.S.C.S. § 284;

11)    Attorney's fees as provided by 35 U.S.C.S. § 285;

12)    Exemplary damages for Defendants' willful and malicious misappropriation of Plaintiffs' trade secrets pursuant to Section 688.004 of the Florida Statutes; and

13)    Attorneys fees pursuant to Section 688.003 of the Florida Statutes, cost of suit; and

14)    Such other and further relief that the Court deems just and proper.

Dated this ___7th___ day of ___June___, 2000.

| ANNIS MITCHELL COCKEY | LAW OFFICES OF WILLIAM NOONAN |
|---|---|
| EDWARDS & ROEHN, P.A. | Co-Trial Counsel for Plaintiff |
| Trial Counsel for Plaintiff | Post Office Box 07338 |
| Post Office Box 60259 | Fort Myers, Florida 33919 |
| Fort Myers, Florida 33906 | (941) 481-0900 |
| (941) 489-1776 | (941) 481-0993 Fax |
| (941) 489-2444 Fax | |

By: _____

M. BRIAN CHEFFER
Florida Bar No. 0847682

By: _____

WILLIAM NOONAN
Florida Bar No. 0501328

# United States Patent [19]

## Armenia et al.

[11] **Patent Number:** **5,713,387**

[45] **Date of Patent:** **Feb. 3, 1998**

[54] **CONDUIT FLUID CONTAINMENT SYSTEM WITH AUTOMATIC SHUT-OFF**

[76] Inventors: **John G. Armenia**, P.O. Box 716; **Alfred L. Calciano**, 3342 W. Gulf Dr., both of Sanibel Island, Fla. 33957

[21] Appl. No.: **708,534**

[22] Filed: **Sep. 5, 1996**

[51] Int. Cl.⁶ .................. F16K 51/00; F16K 17/00; F16L 55/00

[52] U.S. Cl. .................. 137/312; 73/46; 137/67; 137/599; 137/625.47; 138/103; 138/114; 251/66; 285/13; 285/155

[58] **Field of Search** .................. 137/67, 312, 599, 137/599.1, 625.46, 625.47; 138/103, 104, 113, 114; 251/66; 285/13, 133.1, 155; 222/54, 108, 110; 68/207, 208

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,993,666 | 3/1935 | Hornell | 137/67 |
| 2,608,205 | 8/1952 | Proctor | 137/375 |
| 2,798,503 | 7/1957 | Carver et al. | 137/67 |
| 3,512,556 | 5/1970 | McKhann | 137/71 |
| 3,802,456 | 4/1974 | Wittgenstein | 137/312 |
| 3,920,031 | 11/1975 | Maxfield | 137/312 |
| 4,341,235 | 7/1982 | Nord | 137/312 |
| 4,413,643 | 11/1983 | Wiklund | 137/68 R |
| 4,509,558 | 4/1985 | Slater | 138/104 |
| 4,779,652 | 10/1988 | Sweeney | 138/113 |
| 4,930,549 | 6/1990 | Renner | 137/312 |
| 5,156,190 | 10/1992 | Staley, Jr. | 138/104 |
| 5,190,069 | 3/1993 | Richards | 137/312 |
| 5,228,472 | 7/1993 | Ougiya et al. | 137/312 |
| 5,301,722 | 4/1994 | Todd et al. | 141/86 |

### OTHER PUBLICATIONS

International Application published May. 14, 1992 under the PCT as Publication No. WO 92/07763 Title: An Apparatus and Process for Recovering Propellant and Product from Aerosols Inventors: Ling & Knott.

*Primary Examiner*—George L. Walton
*Attorney, Agent, or Firm*—C. Douglas McDonald Jr., & Associates, P.A.

[57] **ABSTRACT**

This invention relates to a conduit that is at least partially encased within a containment housing. The containment housing provides structure for containment of fluids from a leaking or totally failed conduit and for automatically shutting off the flow of fluid through the leaking conduit. More particularly, the apparatus comprises at least one conduit that is at least partially received within a containment housing. A valve is attached to the conduit so that it is in fluid flow relationship with the conduit. The valve is biased toward a closed position, but is held in the open position by a block located within the containment chamber defined by the space between the exterior of the conduit and the interior of the containment housing. When a predetermined fluid leaks from the conduit into the containment chamber the fluid structurally alters the block and the valve moves to the closed position blocking the flow of fluid through the conduit.

**12 Claims, 4 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*

*FIG. 4*

*FIG. 5*



*FIG. 6*

*FIG. 7*



FIG. 8

FIG. 11

FIG. 9

FIG. 10

| 1 | 2 |

# CONDUIT FLUID CONTAINMENT SYSTEM WITH AUTOMATIC SHUT-OFF

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to the field of apparatus for containing fluids lost from a leaking or ruptured conduits that automatically shuts off the flow of fluid through the leaking conduit. More specifically, the present invention relates to at least one conduit, for use with various fluids, that is at least partially received within a containment housing that includes a valve that automatically shuts off the flow of fluid through the leaking conduit when fluids enter the space between the conduit and the containment housing.

### 2. Description of the Prior Art

It is well known that the loss of fluids from leaking pipes, hoses and other conduits create safety hazards, cause damage to the environment and cause damage to the equipment incorporating the fluid lines. Rupture or leakage from pipes or hoses that are conducting oils, hydraulic fluid and the like can cause environmental contamination of the adjacent ground or to a body of water into which the fluid may leak. The rupture of conduits carrying flammable fluids may not only contaminate the environment, but may also create a fire hazard, if the hoses leak onto hot surfaces, open flames, or close to sparks. Fluid lines connecting home appliances to water sources are normally left under pressure. Rupture of these pressurized water lines permits large quantities of water to flood the homes, causing extensive damage to the homes and the contents thereof.

One example of a hydraulic safety hose is disclosed by U.S. Pat. No. 5,156,190 that was issued to Colin R. Staley, JR. The apparatus disclosed comprises a pipe tee that mounts over the hydraulic hose and is connected to an outer sheath that encloses the hose. Any leakage from the hydraulic hose into the space between the hose and the sheath is collected by the tee which is attached to a drain. Within the tee is an electrically operated valve that is attached to a fluid sensor that closes the valve upon sensing fluids between the jacket and the hydraulic hose.

Another example is U.S. Pat. No. 5,190,069, which was issued to Raymond Richards. This patent discloses a fluid sensing tape that is wrapped about a pipe. The tape is electrically connected to a controller that is connected to a valve inserted within the pipe. Fluids that leak from the pipe will have a tendency to be collected by the tape which signals the controller to close the valve cutting off the flow of fluid through the leaking pipe.

U.S. Pat. Nos. 2,608,205, 4,413,643 and 3,512,556 issued to Ralph Proctor, Thore Wiklund and Serge McKhann, respectively, disclose double walled hoses having the space between the outer hose and the inner hose pressurized with other fluids so that a breakage in the outer hose will close a valve that shuts off the flow of fluid through the inner hose.

Many of these patents are concerned about a breach in the exterior hose caused by exterior sources, such as digging into buried lines. These patents do not address the failure of the central hose due to fatigue from long term pressurization. Pressurizing the exterior hose creates the same rate of fatigue as the inner hose with the same risk of failure due to that fatigue. All the systems are complex, requiring a supply of electricity and/or pressurization equipment for pressurizing the space between the inner hose and the outer hose. It is obvious that there is a need for a simple, cost effective conduit fluid containment system to collect fluids leaking from the conduit upon its failure that also automatically cuts off the flow of fluid through the conduit to prevent fluid loss and to prevent the damage that the fluid does to the surrounding area.

## SUMMARY OF THE INVENTION

To overcome the disadvantages of the prior art, it is an object of the present invention to provide an apparatus, for conducting fluids from a fluid source to a fluid receiver, that will control the fluid being leaked and reduce the loss of fluid by cutting off its flow proximal the source. The apparatus should be inexpensive and reliable without complex parts or the requirement for electrical circuitry or structure for providing pressurization.

To achieve the forgoing and other objects that will become apparent to those skilled in the art, this invention provides apparatus for collecting fluids that are leaking from a conduit and shutting off the fluid flow through that conduit shortly after leakage commences. The apparatus of this invention comprises at least one conduit having an inlet end and an outlet end and at least one containment housing that receives at least a portion of the conduit therein forming a space between the inner surface of the containment housing and the outer surface of the conduit defined as a containment chamber. A valve is attached in fluid flow relationship to the conduit. An arm is attached to the valve and is movable from an open position, defined as when a fluid is able to pass through the valve, to a closed position, defined as when fluid is unable to flow through the valve. A means for biasing the valve to the closed position is attached to the valve and engages the containment housing. An air vent is formed in the containment housing so that when fluid leaks into the containment chamber the fluid may displace the air therein. A block engages the arm and the housing holding the valve in the open position. When a predetermined fluid enters the containment chamber the fluid structurally alters the block releasing the arm so that the biasing means moves the valve to the closed position shutting off the fluid flow through the valve.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of one embodiment of the apparatus of this invention, showing its attachment to a fluid source, a fluid receiver and to a drain, which are shown in phantom;

FIG. 2 is a side elevational view of the invention of figure one with portions broken away for convenience;

FIG. 3 is a detailed plan view of a portion of the invention of FIG. 2;

FIG. 4 is the view of FIG. 3 with the cover plate removed to illustrate the valve arm in the open position;

FIG. 5 is the view of FIG. 4 illustrating the valve arm in the closed position;

FIG. 6 is a cross-sectional detailed front elevational view of a portion of the invention of FIG. 1;

FIG. 7 is a cross-sectional view taken along line 7—7 of FIG. 4;

FIG. 8 is a perspective view of a second embodiment of the invention, showing its attachment to a fluid source, a fluid receiver and to a drain, which are shown in phantom;

FIG. 9 is a detailed cross sectional view of a portion of the invention of FIG. 8 illustrating the valve;

FIG. 10 is a detailed top plan view of the Y connector of the invention of FIG. 8 with portions broken away.

5,713,387

| 3 | 4 |

FIG. 11 is a detailed view of the y connector of FIG. 10 illustrating its connection to the fluid receiver, as shown in FIG. 8.

Similar reference characters refer to similar parts throughout the several views of the drawings.

## DESCRIPTION OF A PREFERRED EMBODIMENT

One embodiment of the apparatus of this invention is illustrated in FIGS. 1–7 and a second embodiment is illustrated in FIGS. 8–10, and because of the general similarity of certain portions of each of these embodiments with the corresponding portions of the other, the embodiment of FIGS. 1–7 will be described in detail below and the second embodiment of the apparatus will be described with reference to the differences between the two embodiments. The first embodiment will be indicated generally as 10, in FIGS. 1–7, while the second embodiment will be indicated generally as 210 in FIGS. 8–10. Those elements of the second embodiment that are the same as the elements in the first embodiment will be identified by the same reference numbers increased by the number 200.

As seen in FIG. 1, the apparatus 10 is illustrated as being connected to a fluid source, conveniently water spigot 12, and a fluid receiver 14, conveniently a washing machine 14. The particular use of the invention as a water supply hose for a washing machine is for illustrative purposes only, as the invention 10 may be used for many different purposes, including but not limited to water supply lines to other appliances, water, gas or oil lines in marine equipment that are not readily accessible, equipment hydraulic lines, and fluid lines in manufacturing plants for transfer of toxic and/or corrosive fluids. The invention is particularly appropriate where the escape of fluid would create substantial damage and automatic shut off of the fluid flow would be of value.

For clarity, the apparatus 10, as illustrated in FIGS. 1–7, illustrates a single water supply hose, but it is well known that two separate hoses are required to separately supply hot and cold water to washing machines. As can be seen in FIGS. 6 and 7 the apparatus 10 comprises at least one conduit, shown generally as 16, that has an outlet end 18 and an inlet end 20. The conduit 16 further comprises a first section 22 that includes the outlet end 18, a third section 24 that includes the inlet end 20 and a second section 26 that is interposed between and connected in fluid flow relationship with the first section 22 and the third section 24. In the preferred embodiment illustrated, the first section 22 is comprised of a rigid synthetic resin; however, it may be made from metal, such as steel or aluminum, or any other well known material suitable for the purpose. The third section 24 is also comprised of a rigid material that may be the same material from which the first section 22 is constructed. The second section 26 in the embodiment illustrated is comprised of a standard flexible rubber water hose that is typically used to attach appliances to water sources. Certainly other materials may be used with satisfactory results as water hoses are also made from plastic and rubber, and plastic and rubber hoses may be reinforced with nylon fiber or steel mesh. It must be understood that the materials used for washing machine hoses, the illustrated usage of the invention 10, may not be suitable for other usages of the apparatus 10. The fluid being transported in the conduit 16 will dictate the particular materials from which the apparatus is made, and those skilled in the art will be able to select the appropriate materials. For example, if acid or other caustic

materials were being transported, the conduit 16 would necessarily be made from materials resistant to the corrosive effects of those fluids.

As best seen in FIG. 6 and FIG. 7, the first section 22 has a second end 28 and the third section 24 has a first end 30. The second section 26 has a first end 32 and a second end 34. On the second end 28 of the first section 22 and on the first end 30 of the third section 24 are formed concentric projections 36a and 36b, respectively, that are similar to threads but with sharper edges on the lands, conveniently barbs 36. The water tight connection between the first section 22 and the second section 26 is made by forcing the first end 32 of the flexible hose 26 over the barbed portion of the second end 28 of the first section 22 to create a friction fit. To ensure that the joint remains tight a crimped band 38a is wrapped tightly about the joint. A water tight connection is made about the second end 34 of the second section 26 with the first end 30 of the third section 24 in the same manner. The sections 22, 24 and 26 may be joined to one another by using threaded couplings or any other method known by those skilled in the art that is suitable for the purpose.

The invention 10 further comprises a containment housing 40 that has a first end 42 and a second end 44. The containment housing 40 further comprises a first part 46, which includes the first end 42 and has a second end 48, and a second part 50, which includes the second end 44 and has a first end 52. The first end 42 of the containment housing 40 is attached to an L shaped leg 54 that is formed contiguous with the first section 22 of the conduit 16. The leg 54 due to its L shape is spaced apart from the first section 22 and has a plurality of barbs 36c formed on the outwardly facing side 56. The first part 46 of the containment housing 40 is comprised of a flexible hose that in a preferred embodiment is made from woven polyester. In other embodiments, the flexible hose of the first part 46 may include a urethane inner lining. Other flexible hose material, including but not limited to elastomeric materials (including polyvinyl), rubber and other well known materials, are also suitable for the purpose. Being flexible, the first end 42 of the first part 46 of the containment housing 40 is forced over the barbs 36c on the leg 56 to provide a watertight friction fit. Again, to ensure that the connection remains tight a crimped band 38c is tightly bound about the first end 42 of the first part 46. The second part 50 of the containment housing 40 is comprised of a rigid material that may be a generally rigid synthetic resin or may be made from metal, including but not limited to steel and aluminum. Barbs 36d are formed on the first end 52 of the second part 50 so that the second end 48 of the first part 46 may be forced over the barbs 36d to form a watertight friction fit that is retained by a crimped band 38d.

The outlet end 18 of the fluid conduit 16 has a standard female coupling 58 attached thereto for attachment to an appliance such as the washing machine 14 shown in FIG. 1. The inlet end 20 of the conduit 16 also has a threaded female coupling 58 attached thereto so that the inlet end 20 of the conduit 16 may be attached to a water spigot 12 as shown in FIG. 1.

The interior surface 59 of the containment housing 40 is spaced apart from the exterior surface 61 of the conduit 16 to create a containment chamber 60 therebetween. The containment chamber 60 of the second part 50 of the containment housing 40 is enlarged to accommodate a valve 62, a portion of which in a preferred embodiment illustrated in FIG. 7 is formed contiguously with the second part 50 of the containment housing 40 and the third section 24 of the conduit 16. The valve 62, in a preferred embodiment, is a

ball valve having a ball 64 with a bore 65 therethrough. The ball 64 is inserted between two portions of the third section 24 of the conduit 16. The ends of these portions each have a bell shaped end 66 that forms a water tight seal with the ball 64 of the ball valve 62. A valve stem 68 is attached to the ball 64 and extends away from and generally normal to the conduit 16 and engages the interior surface 59 of the second part 50 of the containment housing 40. While in a preferred embodiment, the valve 62 is a ball valve, in other embodiments the valve 62 may be a butterfly valve, gate valve (including a sliding gate), a globe valve or any other well known valve suitable for the purpose.

The first end 72 of an arm 70 is attached to the valve stem 68 and the second end 74 of the arm 70 extends away from and is generally normal to the valve stem 68. A biasing means, conveniently spring 76 is mounted adjacent to the valve 62 so that one end of the spring 78 is attached to the valve stem 68 and the other end 80 engages the second part 50 of the containment housing 40. In the embodiment disclosed in FIGS. 4–7 the spring is a spiral wound clock type spring; however, any standard type of spring or spring type material may be successfully used to bias the arm 70 to the closed position of the valve 62 which is defined as that position when fluid entering the inlet end 20 of the conduit 16 is unable to flow through the valve and is prevented from entering the second section 26 and the first section 22 and therefore from exiting the outlet end 18 of the conduit 16. By pivoting the arm from open position as shown in FIG. 4 through approximately 90 degrees of rotation the valve 62 will be moved to the closed position as shown in FIG. 5.

A block 82 engages a portion of the valve 62, specifically the arm 70, and engages the containment housing 40 preventing the arm from pivoting in the clockwise direction, the direction by which the arm 70 is biased by the spring 76. The block 82 engages an area of the interior surface 59 of the containment housing 40 that forms a seat to hold the block 82 firmly between the arm 72 and the containment housing 40.

The choice of materials from which the block 82 is constructed depends upon the fluid that is being transported through the apparatus 10. When the fluid being transported leaks into the containment chamber 60 and immerses the block 82, the material must be sufficiently structurally altered upon immersion in the fluid so that the arm 70 may pivot, closing the valve 62. In the embodiment in which the apparatus 10 is used to transport water to appliances, the material must be alterable by water. In a preferred embodiment, the block 82 is comprised of pulverized acrylic particles that are bonded to one another by a water soluble adhesive, for example, National Starch & Chemical Co. adhesive #13-1200, a borated dextrin. Other water soluble adhesives that are well known in the art, may be used to bind other fractured material, material that is comprised of separable parts, such as sand or any other material that is fractured or broken into small enough parts so that the arm 70 is clear to pivot after the binding adhesive has been removed by the water.

The block 82 may also be made from a material that is generally soluble in water, including but not limited to, salt, sugar, or starch and gypsum based materials. When the block 82 dissolves in the water the arm 70 is free to pivot.

In other embodiments the block 82 may be made form materials that deform or become deformable upon immersion in water. For example, sponges (natural or synthetic) and materials treated with soluble stiffening agents, such as fabric treated with starch or gypsum base materials, that

form a hard block when the material is generally dry and softens when immersed in water. Cardboard, and other materials known in the art, also soften and deform when wet and placed under pressure by a biasing means, spring 76, and the arm 70. Due to the residue of material left after deformation, the size of the block 82 must be sufficient to allow adequate deformation so that the arm 70 pivots far enough to move the valve 62 to the closed position.

The block 82 may be solid, perforated with one or more holes and constructed in any suitable shape to hold the arm 70 in the open position. A gel coat, similar to the coatings applied to aspirin, and well known in the art, may be applied to the block 82 to reduce the effect of high humidity being present within the invention 10.

When a fluid other than water, including but not limited to, oil or hydraulic fluid, is being transported through the apparatus 10, different materials may have to be used. Some of those materials previously mentioned as alterable by water may also be sufficiently alterable in oil or hydraulic fluid. In a preferred embodiment, a block 82 formed from certain plastics, for example expanded polystyrene, which would be dissolved by aromatic hydrocarbons, and cellulose acetate-butyrate, which would be softened and deformable, will be dissolved or deformed by aromatic hydrocarbons and allow the arm 70 to pivot, closing the valve 62. There are many other materials including certain light rubbers that are altered by immersion in petroleum or other aromatic hydrocarbons that are well known in the art and may be used to form the block 82.

A stop 84 extends radially inwardly from the interior surface of the second part 50 of the containment housing 40. When the arm 70 is released, the stop 84 engages the arm 70, to prevent the arm 70 from rotating beyond 90 degrees, beyond the closed position.

A vent tube 86 is attached to the apparatus 10 proximal to the second end 44 of the second part 50 of the containment housing 40 so that the tube 86 is in fluid flow relationship with the containment chamber 60. A flexible hose 88 is sized and configured so that one end may be inserted over the free end of the vent tube 86 on which barbs 36e have been formed to engage the interior of the vent hose 88. To ensure a tight fit a crimped band 38e as shown in FIG. 2 may be bound around the vent hose 88 proximal the barbs 36e. The free end of the vent hose 88 is sized and configured to be received by a drain pipe 90, that is shown in phantom in FIG. 1.

The second embodiment, disclosed in FIGS. 8–10, has many of the same elements as the first embodiment 10 shown in drawing FIGS. 1–7. The conduit (enclosed by the containment housing, but not shown) and the containment housing 240 are made in the same manner as the conduit 16 and the containment housing 40 previously disclosed. A major difference in the second embodiment 210 is the addition of a bypass conduit 292 that is comprised of a single walled hose. In other embodiments, the bypass hose 292 could be a double walled hose with the containment chamber connected in fluid flow relationship with the second part 250 of the containment housing 240. A standard two-way valve 294 is substituted for the ball valve 62 shown in FIG. 7; however, the remaining structure of the means for closing the valve remains the same. The bypass conduit 292 is connected to the valve 294 so that when the valve 294 is open in relation to the conduit 216, the valve 294 is closed in relation to the bypass conduit 292, as seen in FIG. 9. When the valve 294 is closed in relation to the conduit 216, the valve 294 is open in relation to the bypass conduit 292

5,713,387

so that fluid continues to flow, but now through the bypass conduit 292. The female coupling 258 on the outlet end 218 of conduit 216 is connected to the second inlet branch 296 of a Y-shaped coupling 298 and the female connector 258 of the bypass conduit 292 is attached to the first inlet branch 300 of the connector 298. The outlet branch 302 is then connected to the fluid receiver, conveniently washing machine 214. Therefore, when a leak occurs in the conduit 216, the valve transfers the fluid flow to the bypass conduit 292 with little interruption of the fluid flow.

As mentioned previously, the structure for rotating the valve 294 from the open position to the closed position remains the same as the structure (valve stem 68, arm 70 spring 76, block 82 and stop 80) adjacent to the valve 62 as shown in FIGS. 4, 5, and 7. The second embodiment comprises the same valve stem, arm, spring, block and stop (all not shown) that are attached to valve 294 in the same manner disclosed in the previous discussion and shown in the drawings. The valve stem is attached to the valve 294 so that the valve stem extends along the axis A of the valve 294 as shown in FIG. 9. Upon failure of conduit 216, the fluid will flow through the hole in conduit 216, enter the comment chamber 260, dissolve the fluid soluble block (not shown) releasing the arm (not shown) so that the arm (not shown) rotates the valve stem (not shown) that rotates valve 292 about axis A, approximately 90 degrees. Upon a 90 degree rotation of the valve 294, the portion of the conduit 216 formed in the valve 294 is rotated away from and discon-nected from the inlet end 220 of the conduit 216 and the portion of the bypass conduit 292 that is formed in the valve 294 is rotated so that portion is in fluid flow relation with the inlet end 220 of conduit 216 and the bypass conduit 292.

A first and second standard backflow preventer 304a and 304b respectively, have been inserted into the first and second inlet branches, 300 and 296 respectively, of the connector 298. Such backflow preventers are well known in the art and their structure will not be discussed herein. The first backflow preventer 304a prevents prevent the bypass conduit 292 from being charged with fluid when the appa-ratus 210 is under normal operation. When a leak occurs the second backflow preventer 304b prevents the fluid from entering the conduit 216 and leaking into the containment chamber 260 through the failed area in the conduit 216. Ball valves may be inserted in place of the backflow preventers, but they would prevent the automatic transfer of fluid flow through the bypass conduit upon failure of the conduit 216.

Now that the apparatus has been described, the method of operation of a preferred embodiment the present invention will be described as it relates to providing water to a washing machine as shown in FIG. 1. The female coupling 58 that is attached to the inlet end 20 of the conduit 16 of apparatus 10 is connected to a water spigot 12. The female coupling 58 attached to the outlet end 18 of the apparatus 10 is then attached to the appropriate hot water or cold water pipes of the washing machine 14. With the couplings 58 tightly fastened the water spigot 12 is turned to the on position permitting the water to flow through the conduit 16. For ease of handling and cost concerns, the second section 26 of the conduit 16 is comprised of rubber, which is the standard for the washing machine hose industry. When a leak occurs, water will enter the containment chamber 60 filling the chamber until the water exits through the vent hose 88. The vent tube 86 prevents air from being trapped in the apparatus 10 that might interfere with the immersion of the soluble block in the fluid. Upon being immersed in the water, the water soluble block 82 rapidly dissolves. Once the soluble block 82 has been dissolved, the arm 74 rotates in a

clockwise direction until it engages the stop 84. The rotation of the arm 70, the valve stem 68 and the ball 64 causes the bore 65 to rotate 90 degrees closing the valve and preventing any flow of water through the conduit 16. The open end of the hose 88 may be inserted into a drain 90 so that the water flows down the drain doing no damage.

In the second preferred embodiment disclosed in FIGS. 8, 9 and 10 the apparatus 210 is again shown being used with a washing machine 14 as a matter of convenience. The use of a bypass hose is important in those areas in which failure of the primary hose or conduit 16 would cause shutdown in the operation of an important system. By continuation of the flow through the bypass conduit 292 the apparatus receiving the fluid may remain in operation. In the embodiment shown in the drawings, the apparatus 210 is attached to the water spigot 212 by the female coupling 258 that is attached to the first end 220 of the conduit 216. The female coupling 258 that is attached to the connector 298 is attached to the appropriate hot or cold water input pipe of the washing machine 214. The water spigot 212 may then be opened so that water flows through the valve 294 and through the conduit 216. Upon failure of the conduit 216 water again collects within the containment chamber 260 until the soluble block is emersed and dissolves. On dissolving the block 82, the spring (not shown) rotates the valve stem (not shown) 90 degrees. The valve 294 is now aligned so that fluid may enter the inlet end 220 and pass through the bypass conduit 292, through the second inlet branch 300 and into the washing machine 214. Water is prevented from backing up through the second inlet branch 296 and into the conduit 216 by the back flow preventer 304b that is inserted within that branch. Excess water that has collected within the containment chamber 260 will flow out through the vent 286 until the valve is rotated, therefore a hose 288 connects the vent 286 with a drain for appropriate disposal of the excess fluid.

While the foregoing description is directed to particularly preferred embodiments of the present invention, it is to be understood that those embodiments are representative only of the principles of the invention and are not to be consid-ered limitative thereof. Because numerous variations and modifications of the apparatus, all within the scope of the present invention, will become apparent to those skilled in the art, the scope of the invention is to be limited solely by the claims appended hereto.

What is claimed:

1. Apparatus for conducting fluids from a fluid source to a fluid receiver and for controlling fluid loss therefrom, said apparatus comprising:

   at least one conduit having an outer surface, an inlet end and an outlet end;

   at least one containment housing having an inner surface, a first end and a second end, said containment housing being sized and configured to receive at least a portion of said conduit therein, such that a containment cham-ber is defined between said outer surface of said conduit and said inner surface of said containment housing;

   a valve attached in fluid flow relationship to said conduit;

   an arm having a first end attached to said valve for movement of said valve from an open position, defined as when a fluid is able to pass through said valve, to a closed position, defined as when a fluid is unable to flow through said valve;

   means for biasing said valve to said closed position being attached to said valve;

5,713,387

9

an air vent formed in said containment housing such that when a fluid enters said containment chamber at least a portion of the air is vented from said containment chamber; and

a block, having a first end and a second end, said block inserted within said containment chamber such that said first end of said block engages and holds said arm in said open position and said second end of said block being connected to said containment housing, said block being structurally alterable by a fluid whereby when said fluid enters said containment chamber through a breach in said conduit, said fluid at least partially immerses said block so that said block is structurally altered releasing said arm, so that said valve is moved to said closed position by said biasing means.

2. Apparatus as in claim 1 wherein said block is comprised of fluid soluble material.

3. Apparatus as in claim 1 wherein said block is comprised of fractured material whose parts are bound to one another by a fluid soluble adhesive.

4. Apparatus as in claim 1 wherein said block is comprised of material that is deformable when immersed in a predetermined fluid.

5. Apparatus as in claim 1 further comprising a valve stem attached to said valve such that rotation of said valve stem moves said valve from said open position to said closed position, said biasing means urging said valve stem to said closed position; said first end of said arm being attached to said valve stem and said arm having a second end extending therefrom; and said block engaging said second end of said arm so that said arm and said valve stem are prevented from pivoting, whereby said valve is held in said open position.

6. Apparatus as in claim 1, said conduit comprising; a first section, that includes said outlet end, said first section being comprised of a rigid material; a third section, that includes said inlet end, said third section being comprised of a rigid material, and a second section interposed between and connected in fluid flow relationship with said first and third sections, said second section being comprised of a flexible material; and said containment housing comprising a first part, including said first end, said first part being comprised of a flexible material and a second part, including said second end, said second part being comprised of a rigid material, said first and second parts being attached to one

10

another in fluid flow communication; and said valve being inserted in said third section of said conduit and attached to said second part of said housing.

7. Apparatus as in claim 6, said apparatus further comprising said third segment of said conduit being contiguously formed with said second part of said containment housing.

8. Apparatus as in claim 1 further comprising a drain line having a first end attached to said vent and a second end connectable to a drain pipe, whereby the fluid overflowing said containment chamber through said vent is captured by said drain pipe.

9. Apparatus as in claim 1, further comprising;

a bypass conduit having a first end and a second end, said first end being attached to said valve and extending outwardly therefrom, said bypass conduit passing through and being sealed to said containment housing, when said valve is in said open position in relation to said conduit, said valve is closed in relation to said bypass conduit such that no fluid may pass through said valve into said bypass conduit, when said valve is closed in relation to said conduit said conduit is in fluid flow relationship with said valve and thereby in fluid flow relationship with said inlet end of said conduit.

10. Apparatus as in claim 9, further comprising a Y-shaped connector having a first inlet branch, a second inlet branch, and an outlet branch, said first inlet branch being attached in fluid flow relationship with said outlet end of said bypass conduit, said second inlet branch being attached in fluid flow relationship with said second end of said conduit and said outlet branch of said connector having an outlet end, said outlet end of said outlet branch being connectable to a fluid receiver.

11. Apparatus as in claim 10, further comprising a first backflow preventer being attached to said connector within said first outlet branch of said connector, such that fluid flowing in said conduit is prevented from entering said bypass conduit from said Y-shaped coupling.

12. Apparatus as in claim 10, further comprising a second backflow preventer being attached to said connector within said second outlet branch of said connector, such that fluid flowing in said bypass conduit is prevented from entering said conduit from said Y-shaped coupling.

*   *   *   *   *

# United States Patent [19]

## Armenia et al.

[11] **Patent Number:** 5,771,916

[45] **Date of Patent:** Jun. 30, 1998

[54] **AUTOMATIC SHUT-OFF FOR A CONDUIT FLUID CONTAINMENT SYSTEM**

[76] Inventors: **John G. Armenia**, P.O. Box 716; **Alfred L. Calciano**, 3342 W. Gulf Dr., both of Sanibel Island, Fla. 33957

[21] Appl. No.: **727,775**

[22] Filed: **Oct. 8, 1996**

[51] Int. Cl.$^6$ ............................................. F16K 17/36

[52] U.S. Cl. ...................... 137/67; 137/109; 137/312; 251/78

[58] Field of Search ..................... 137/67, 109, 118.01, 137/121, 312; 251/78

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D. 323,207 | 1/1992 | Cole et al. | 23/266 |
| 2,608,205 | 8/1952 | Proctor | 137/375 |
| 3,512,556 | 5/1970 | McKhann | 137/71 |
| 3,802,456 | 4/1974 | Wittgenstein | 137/312 |
| 3,920,031 | 11/1975 | Maxfield | 137/67 |
| 4,413,643 | 11/1983 | Wiklund | 137/68 |
| 4,418,712 | 12/1983 | Braley | 137/312 |
| 4,779,652 | 10/1988 | Sweeney | 138/113 |
| 4,930,549 | 6/1990 | Renner | 137/312 |

| | | | |
|---|---|---|---|
| 5,087,081 | 2/1992 | Yoon | 285/8 |
| 5,156,190 | 10/1992 | Staley, Jr. | 138/104 |
| 5,190,069 | 3/1993 | Richards | 137/312 |
| 5,301,722 | 4/1994 | Todd et al. | 141/86 |

*Primary Examiner*—Stephen M. Hepperle
*Attorney, Agent, or Firm*—Pettis & Van Royen, P.A.

[57] **ABSTRACT**

This invention relates to a conduit that is at least partially encased within a containment housing. The containment housing provides structure for containment of fluids from a leaking or totally failed conduit and for automatically shutting off the flow of fluid through the leaking conduit. More particularly, the apparatus comprises at least one conduit that is at least partially received within a containment housing. A valve is attached to the conduit so that it is in fluid flow relationship with the conduit. The valve is biased toward a closed position, but is held in the open position by a release located within the containment chamber, defined as the space between the exterior of the conduit and the interior of the containment housing. When a predetermined fluid leaks from the conduit into the containment chamber the block expands and thereby operatively engages the release so that the valve moves to the closed position blocking the flow of fluid through the conduit.

**11 Claims, 4 Drawing Sheets**





*FIG. 1*

*FIG. 2*



*FIG. 3*

*FIG. 4*

*FIG. 5*



FIG. 6

FIG. 7



FIG. 8

FIG. 11

FIG. 9

FIG. 10

1

# AUTOMATIC SHUT-OFF FOR A CONDUIT FLUID CONTAINMENT SYSTEM

This application is a continuation-in-part of application Ser. No. 08/708,534 filed on Sep. 5, 1996, entitled "A Conduit Fluid Containment System with Automatic Shut-off"

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to the field of apparatus for containing fluids lost from a leaking or ruptured conduit that automatically shuts off the flow of fluid through the leaking conduit. More specifically, the present invention relates to at least one conduit, for use with various fluids, that is at least partially received within a containment housing that includes a valve that automatically shuts off the flow of fluid through the leaking conduit when fluids enter the space between the conduit and the containment housing.

### 2. Description of the Prior Art

It is well known that the loss of fluids from leaking pipes, hoses and other conduits create safety hazards, cause damage to the environment and cause damage to the equipment incorporating the fluid lines. Rupture or leakage from pipes or hoses that are conducting oils, hydraulic fluid and the like can cause environmental contamination of the adjacent ground or to a body of water into which the fluid may leak. The rupture of conduits carrying flammable fluids may not only contaminate the environment, but may also create a fire hazard, if the hoses leak onto hot surfaces, open flames, or close to sparks. Fluid lines connecting home appliances to water sources are normally left under pressure. Rupture of these pressurized water lines permits large quantities of water to flood the homes, causing extensive damage to the homes and the contents thereof.

One example of a hydraulic safety hose is disclosed by U.S. Pat. No. 5,156,190 that was issued to Colin R. Staley, JR. The apparatus disclosed comprises a pipe tee that mounts over the hydraulic hose and is connected to an outer sheath that encloses the hose. Any leakage from the hydraulic hose into the space between the hose and the sheath is collected by the tee which is attached to a drain. Within the tee is an electrically operated valve that is attached to a fluid sensor that closes the valve upon sensing fluids between the jacket and the hydraulic hose.

Another example is U.S. Pat. No. 5,190,069, which was issued to Raymond Richards. This patent discloses a fluid sensing tape that is wrapped about a pipe. The tape is electrically connected to a controller that is connected to a valve inserted within the pipe. Fluids that leak from the pipe will have a tendency to be collected by the tape which signals the controller to close the valve cutting off the flow of fluid through the leaking pipe.

U.S. Pat. Nos. 2,608,205, 4,413,643 and 3,512,556 issued to Ralph Proctor, Thore Wiklund and Serge McKhann, respectively, disclose double walled hoses having the space between the outer hose and the inner hose pressurized with other fluids so that a breakage in the outer hose will close a valve that shuts off the flow of fluid through the inner hose. These patents are concerned about a breach in the exterior hose caused by exterior sources, such as digging into buried lines. These patents do not address the failure of the central hose due to fatigue from long term pressurization. Pressurizing the exterior hose creates the same rate of fatigue as the inner hose with the same risk of failure due to that fatigue.

All the existing systems are complex, requiring a supply of electricity and/or pressurization equipment for pressuriz-

2

ing the space between the inner hose and the outer hose. It is obvious that there is a need for a simple, cost effective conduit fluid containment system to collect fluids leaking from the conduit upon its failure that also automatically cuts off the flow of fluid through the conduit to prevent fluid loss and to prevent the damage that the fluid does to the surrounding area.

## SUMMARY OF THE INVENTION

To overcome the disadvantages of the prior art, it is an object of the present invention to provide an apparatus, for conducting fluids from a fluid source to a fluid receiver, that will control the fluid being leaked and reduce the loss of fluid by cutting off its flow proximal the source. The apparatus should be inexpensive and reliable without complex parts or the requirement for electrical circuitry or structure for providing pressurization.

To achieve the forgoing and other objects that will become apparent to those skilled in the art, this invention provides apparatus for collecting fluids that are leaking from a conduit and shutting off the fluid flow through that conduit shortly after leakage commences. The apparatus of this invention comprises at least one conduit having an inlet end and an outlet end and at least one containment housing that receives at least a portion of the conduit therein forming a space between the inner surface of the containment housing and the outer surface of the conduit defined as a containment chamber. A valve, that is adjustable from an open position, defined as when a fluid is able to pass through the valve, to a closed position, defined as when fluid is unable to flow through the valve, is attached in fluid flow relationship to the conduit. A means for biasing the valve to the closed position is attached to the valve and engages the containment housing. An air vent is formed in the containment housing so that when fluid leaks into the containment chamber the fluid may displace the air therein. A release is attached to the containment housing and engages the valve, holding the valve in the open position. A block is inserted within the containment chamber so that it engages the containment housing and lies adjacent to the release. When a predetermined fluid enters the containment chamber the fluid causes the block to swell so that the block operatively engages the release so that the biasing means is free to move the valve to the closed position shutting off the fluid flow through the conduit.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of one embodiment of the apparatus of this invention, showing its attachment to a fluid source, a fluid receiver and to a drain, which are shown in phantom;

FIG. 2 is a side elevational view of the invention of figure one with portions broken away for convenience;

FIG. 3 is a detailed plan view of a portion of the invention of FIG. 1 with the cover plate removed to illustrate the valve arm being held in the open position;

FIG. 4 is the view of FIG. 3 illustrating the valve arm in the closed position;

FIG. 5 is an enlarged detail perspective view of the block of FIG. 3.

FIG. 6 is a cross-sectional detailed front elevational view of a portion of the invention of FIG. 1;

FIG. 7 is a cross-sectional view taken along line 7—7 of FIG. 4;

FIG. 8 is a perspective view of a second embodiment of the invention, showing its attachment to a fluid source, a fluid receiver and to a drain, which are shown in phantom;

5,771,916

**3**

FIG. 9 is a detailed cross sectional view of a portion of the invention of FIG. 8 illustrating the valve;

FIG. 10 is a detailed top plan view of the Y connector of the invention of FIG. 8 with portions broken away.

FIG. 11 is a detailed view of the Y connector of FIG. 10 illustrating its connection to the fluid receiver, as shown in FIG. 8.

Similar reference characters refer to similar parts throughout the several views of the drawings.

## DESCRIPTION OF A PREFERRED EMBODIMENT

One embodiment of the apparatus of this invention is illustrated in FIGS. 1–7 and a second embodiment is illustrated in FIGS. 8–10, and because of the general similarity of certain portions of each of these embodiments with the corresponding portions of the other, the embodiment of FIGS. 1–7 will be described in detail below and the second embodiment of the apparatus will be described with reference to the differences between the two embodiments. The first embodiment will be indicated generally as 10, in FIGS. 1–7, while the second embodiment will be indicated generally as 210 in FIGS. 8–10. Those elements of the second embodiment that are the same as the elements in the first embodiment will be identified by the same reference numbers increased by the number 200.

As seen in FIG. 1, the apparatus 10 is illustrated as being connected to a fluid source, conveniently water spigot 12, and a fluid receiver 14, conveniently a washing machine 14. The particular use of the invention as a water supply hose for a washing machine is for illustrative purposes only, as the invention 10 may be used for many different purposes, including but not limited to water supply lines to other appliances, water, gasoline or oil lines in marine equipment that are not readily accessible, equipment hydraulic lines, and fluid lines in manufacturing plants for transfer of toxic and/or corrosive fluids. The invention is particularly appropriate where the escape of fluid would create substantial damage and automatic shut off of the fluid flow would be of value.

For clarity, the apparatus 10, as illustrated in FIGS. 1–7, illustrates a single water supply hose, but it is well known that two separate hoses are required to separately supply hot and cold water to washing machines. As can be seen in FIGS. 6 and 7 the apparatus 10 comprises at least one conduit, shown generally as 16, that has an outlet end 18 and an inlet end 20. The conduit 16 further comprises a first section 22 that includes the outlet end 18, a third section 24 that includes the inlet end 20 and a second section 26 that is interposed between and connected in fluid flow relationship with the first section 22 and the third section 24. In the preferred embodiment illustrated, the first section 22 is comprised of a rigid synthetic resin; however, it may be made from metal, such as steel or aluminum, or any other well known material suitable for the purpose. The third section 24 is also comprised of a rigid material that may be the same material from which the first section 22 is constructed. The second section 26, in the Embodiment illustrated, is comprised of a standard flexible rubber water hose that is typically used to attach appliances to water sources. Certainly other materials may be used with satisfactory results as water hoses are also made from plastic and rubber, and plastic and rubber hoses may be reinforced with nylon fiber or steel mesh. It must be understood that the materials used for washing machine hoses, the illustrated usage of the invention 10, may not be suitable for other

**4**

usages of the apparatus 10. The fluid being transported in the conduit 16 will dictate the particular materials from which the apparatus is made, and those skilled in the art will be able to select the appropriate materials. For example, if acid or other caustic materials were being transported, the conduit 16 would necessarily be made from materials resistant to the corrosive effects of those fluids.

As best seen in FIG. 6 and FIG. 7, the first section 22 has a second end 28 and the third section 24 has a first end 30. The second section 26 has a first end 32 and a second end 34. On the second end 28 of the first section 22 and on the first end 30 of the third section 24 are formed concentric projections that are similar to threads but with sharper edges on the lands, conveniently barbs 36a and 36b respectively. The water tight connection between the first section 22 and the second section 26 is made by forcing the first end 32 of the flexible hose 26 over the barbs 36a of the second end 28 of the first section 22 to create a friction fit. To ensure that the joint remains tight, a crimped band 38a is wrapped tightly about the connection. A water tight connection is made between the second end 34 of the second section 26 and the first end 30 of the third section 24 in the same manner. The sections 22, 24 and 26 may be joined to one another by using threaded couplings or any other method known by those skilled in the art that is suitable for the purpose.

The invention 10 further comprises a containment housing 40 that has a first end 42 and a second end 44. The containment housing 40 further comprises a first part 46, which includes the first end 42 and has a second end 48, and a second part 50, which includes the second end 44 and has a first end 52. The first end 42 of the containment housing 40 is attached to an L shaped leg 54 that is formed contiguous with the first section 22 of the conduit 16. The leg 54 due to its L shape is spaced apart from the first section 22 and has a plurality of barbs 36c formed on the outwardly facing side 56. The first part 46 of the containment housing 40 is comprised of a flexible hose that in a preferred embodiment is made from woven polyester. In other embodiments, the flexible hose of the first part 46 may include a urethane inner lining. Other flexible hose material, including but not limited to elastomeric materials (including polyvinyl), rubber and other well known materials, are also suitable for the purpose. Being flexible, the first end 42 of the first part 46 of the containment housing 40 is forced over the barbs 36c on the leg 56 to provide a watertight friction fit. Again, to ensure that the connection remains tight a crimped band 38c is tightly bound about the first end 42 of the first part 46. The second part 50 of the containment housing 40 is comprised of a rigid material that may be a generally rigid synthetic resin or may be made from metal, including but not limited to steel and aluminum. Barbs 36d are formed on the first end 52 of the second part 50 so that the second end 48 of the first part 46 may be forced over the barbs 36d to form a watertight friction fit that is retained by a crimped band 38d.

The outlet end 18 of the fluid conduit 16 has a standard female coupling 58a attached thereto for attachment to an appliance such as the washing machine 14 shown in FIG. 1. The inlet end 20 of the conduit 16 also has a threaded female coupling 58b attached thereto so that the inlet end 20 of the conduit 16 may be attached to a water spigot 12 as shown in FIG. 1.

The interior surface 59 of the containment housing 40 is spaced apart from the exterior surface 61 of the conduit 16 to create a containment chamber 60 therebetween. The containment chamber 60 of the second part 50 of the containment housing 40 is enlarged to accommodate a valve

5,771,916

| 5 | 6 |

62, a portion of which, in a preferred embodiment illustrated in FIG. 7, is formed contiguously with the second part 50 of the containment housing 40 and the third section 24 of the conduit 16. The valve 62, in a preferred embodiment, is a ball valve having a ball 64 with a bore 65 therethrough. The ball 64 is inserted between two portions of the third section 24 of the conduit 16. The ends of these portions each have a bell shaped end 66 that forms a water tight seal with the ball 64 of the ball valve 62. A valve stem 68 is attached to the ball 64 and extends away from and generally normal to the conduit 16 and engages the interior surface 59 of the second part 50 of the containment housing 40. While in a preferred embodiment, the valve 62 is a ball valve, in other embodiments the valve 62 may be a butterfly valve, gate valve (including a sliding gate), a globe valve or any other well known valve suitable for the purpose.

As seen in FIGS. 3 and 4, the first end 72 of an arm 70 is attached to the valve stem 68 and the second end 74 of the arm 70 extends away from and is generally normal to the valve stem 68. A biasing means, conveniently spring 76 is mounted adjacent to the valve 62 so that one end of the spring 78 is attached to the valve stem 68 and the other end 80 engages the second part 50 of the containment housing 40. In the embodiment disclosed in FIGS. 1–7 the spring 76 is a spiral wound clock type spring; however, any standard type of spring or spring type material may be successfully used to bias the arm 70 to the closed position of the valve 62, which is defined as that position when fluid entering the inlet end 20 of the conduit 16 is unable to flow through the valve and is prevented from entering the second section 26 and the first section 22 and therefore from exiting the outlet end 18 of the conduit 16. By pivoting the arm 70 from the open position as show in FIG. 3 through approximately 90 degrees, the valve 62 will be moved to the closed position as shown in FIG. 4.

A block 82 is inserted within the containment chamber 60 so that it engages said containment housing 40 and is fastened thereto by any adhesive suitable for the purpose, and lies adjacent to a release 84. In other embodiments, the block 82 may rest on a shoulder formed in the containment housing 40 or be attached to the containment housing 40 by clamps or other well known means.

A stop 87 extends radially inwardly from the interior surface of the second part 50 of the containment housing 40. When the arm 70 is released, the stop 87 engages the arm 70, to prevent the arm 70 from rotating beyond 90 degrees, beyond the closed position.

The release 84 comprises a lever 88 having a first end 89 that is pivotally attached to the interior surface 59 of the second part 50 of the containment housing 40 by a hinge joint 90 or any other well known method. The embodiment of the release 84 illustrated in FIGS. 3, 4 and 6 has a second end 91 that is bent generally normal to the lever 88 to engage and hold the second end 74 of the arm 70 to keep the arm 70 from rotating under the urging of the spring 76. An angle 92 is attached to the first side 93 of the lever 88 to provide a surface 94 aligned generally normal to the longitudinal axis of the block 82.

The choice of materials from which the block 82 is constructed depends upon the fluid that is being transported through the apparatus 10. When the fluid being transported leaks into the containment chamber 60 and immerses the block 82, the material must expand, at least longitudinally, so that the block 82 applies sufficient pressure against the lever 88 so that the second end 91 of the lever 88 is disengaged from the arm 70, as shown in FIG. 4. The force

generated by the biasing means, spring 76, pivots the arm 70 through approximately 90 degrees until the second end 74 of the arm 70 engages the stop 87. The pivoting of the arm 70 moves the valve 62 from the open position to the closed position. In the embodiment in which the apparatus 10 is used to transport water to appliances, the material of block 82 must be expandable by absorption of water. In a preferred embodiment, the block 82 is comprised of compressed wood fibers 95 that are held within a sleeve 96 that has a plurality of holes 98 therethrough that permits the passage of water into the wood fibers 95. Other materials that expand upon absorption of water may be used, including, but not limited to, compressed natural or synthetic fibers, such as cotton batting, and blocks 82 made from carbohydrates and clays that may not require the use of the sleeve 96 to hold the material and direct the force of expansion longitudinally. The block 82 may be solid, perforated with one or more holes and constructed in any suitable shape to operatively engage the lever 88.

When a fluid other than water, including but not limited to, oil or hydraulic fluid, is being transported through the apparatus 10, different materials may have to be used. Some of those materials previously mentioned as expandable in water may also be sufficiently expandable in oil, gasoline or hydraulic fluid. Additional such materials are well known in the art.

A vent tube 100 is attached to the apparatus 10 proximal to the second end 44 of the second part 50 of the containment housing 40 so that the tube 100 is in fluid flow relationship with the containment chamber 60. A flexible hose 102 is sized and configured so that one end may be inserted over the free end of the vent tube 100 on which barbs 36e have been formed to engage the interior of the vent hose 102. To ensure a tight fit a crimped band 38e as shown in FIG. 2 may be bound around the vent hose 102 proximal the barbs 36e. The free end of the vent hose 102 is sized and configured to be received by a drain pipe 90, that is shown in phantom in FIG. 1.

The second embodiment, disclosed in FIGS. 8–10, has many of the same elements as the first embodiment 10 shown in drawing FIGS. 1–7. The conduit (enclosed by the containment housing, and not shown) and the containment housing 240 are made in the same manner as the conduit 16 and the containment housing 40 previously disclosed. A major difference in the second embodiment 210 is the addition of a bypass conduit 306 that is comprised of a single walled hose. In other embodiments, the bypass hose 306 could be a double walled hose with the containment chamber connected in fluid flow relationship with the second part 250 of the containment housing 240. A standard two-way valve 308 is substituted for the ball valve 62 shown in FIG. 7; however, the remaining structure of the means for closing the valve remains the same. The bypass conduit 306 is connected to the valve 308 so that when the valve 308 is open in relation to the conduit 216, the valve 308 is closed in relation to the bypass conduit 306, as seen in FIG. 9. When the valve 308 is rotated clockwise approximately 90°, the valve 308 is closed in relation to the conduit 216, and open in relation to the bypass conduit 306 so that fluid continues to flow, but now through the bypass conduit 306. As seen in FIG. 11, the female coupling 258a of conduit 216 is connected to the first inlet branch 310 of a Y-shaped coupling 312 and the female coupling 258c of the bypass conduit 306 is attached to the second inlet branch 314 of the Y-shaped coupling 312. The outlet branch 316 is then connected to the fluid receiver, conveniently washing machine 214. Therefore, when a leak occurs in the conduit

5,771,916

**7**

216, the valve transfers the fluid flow to the bypass conduit 306 with little interruption of the fluid flow.

As mentioned previously, the structure for rotating the valve 308 from the open position to the closed position remains the same as the structure (valve stem 68, arm 70, release 84, spring 76, block 82 and stop 87) adjacent to the valve 62 as shown in FIGS. 3,4 and 7. The second embodiment comprises the same valve stem, arm, release, spring, block and stop (all not shown) that are attached to valve 308 in the same manner disclosed in the previous discussion in relation to valve 62 and as shown in the drawing FIGS. 1–7. The valve stem is attached to the valve 308 so that the valve stem extends along the axis A of the valve 308 as shown in FIG. 9. Upon a 90 degree rotation of the valve 308, the portion of the conduit 216 formed in the valve 308 is rotated away from and disconnected from the inlet end 220 of the conduit 216 and the portion of the bypass conduit 306 that is formed in the valve 308 is rotated so that portion of the bypass conduit 306 is in fluid flow relation with the inlet end 220 of the bypass conduit 306.

Two standard backflow preventers 318, that are well known in the art, have been inserted into the first and second inlet branches 310 and 314 of the coupling 312. The backflow preventers prevent the bypass conduit 306 from being charged with fluid when the apparatus 210 is under normal operation. When a leak occurs the backflow preventers prevent the fluid from entering the conduit 216 and leaking from the failed area. Ball valves may be inserted in place of the backflow preventers, but they would prevent the automatic transfer of fluid flow to the bypass conduit 306.

Now that the apparatus has been described, the method of operation of a preferred embodiment of the present invention will be described as it relates to providing water to a washing machine as shown in FIG. 1. The female coupling 58b that is attached to the inlet end 20 of the conduit 16 of apparatus 10 is connected to a water spigot 12. The female coupling 58a attached to the outlet end 18 of the apparatus 10 is then attached to the appropriate hot water or cold water pipes of the washing machine 14. With the couplings 58a and 58b tightly fastened, the water spigot 12 is turned to the on position permitting the water to flow through the conduit 16. For ease of handling and cost concerns, the second section 26 of the conduit 16 is comprised of rubber, which is the standard for the washing machine hose industry. When a leak occurs, water will enter the containment chamber 60 filling the chamber until the water exits through the vent hose 88. The vent tube 86 prevents air from being trapped in the apparatus 10 that might interfere with the immersion of the expandable block in the fluid. Upon being immersed in the water, the expandable block 82 expands. As the expandable block 82 expands it engages the levr 88 of the release 84, pivoting the lever 88 so that the arm 70 is released and dissolved, the arm 70 pivots in a clockwise direction until it engages the stop 87. The pivoting of the arm 70, the rotation of the valve stem 68 and the ball 64 causes the bore 65 to rotate 90 degrees closing the valve and preventing any flow of water through the conduit 16. The open end of the hose 88 may be inserted into a drain 90 so that the water flows down the drain doing no damage.

In the second preferred embodiment disclosed in FIGS. 8, 9 and 10 the apparatus 210 is again shown being used with a washing machine 14 as a matter of convenience. The use of a bypass hose is important in those areas in which failure of the primary hose or conduit 16 would cause shutdown in the operation of an important system. By continuation of the flow through the bypass conduit 306 the apparatus receiving the fluid may remain in operation. In the embodiment shown

**8**

in the drawing FIGS. 8–11, the apparatus 210 is attached to the water spigot 212 by the female coupling 258b that is attached to the first end 220 of the conduit 216. The female coupling 258c is attached to the bypass outlet 307 of the valve 308. The female coupling 258a of the conduit 216 is attached to the Y-shaped coupling 312 and the female coupling 258d of the bypass conduit 306 is also attached to the Y-shaped coupling 312. The Y-shaped coupling 312 is then attached to the appropriate hot water or cold water input pipe of the washing machine 214. The water spigot 212 may then be opened so that water flows through the valve 308 and through the conduit 216. Upon failure of the conduit 216 water again collects within the containment chamber 260 until the expandable block 282 is emersed and expands. Upon expanding, the block 282 pushes the release 284 until it becomes disengaged from the arm 270. When the arm 270 is free to pivot, the spring (not shown) rotates the valve stem (not shown) 90 degrees. The valve 308 is now aligned so that fluid may enter the inlet end 220 and pass through the bypass conduit 306, through the second inlet branch 314 of the Y-shaped connector and into the washing machine 214. Water is prevented from backing up through the first inlet branch 310 and into the conduit 216 by the back flow preventer 318 that is inserted within that branch. Excess water that has collected within the containment chamber 260 will flow out through the vent 300 until the valve 308 is rotated, therefore a hose 302 connects the vent 300 with a drain (not shown) for appropriate disposal of the excess fluid.

While the foregoing description is directed to particularly preferred embodiments of the present invention, it is to be understood that those embodiments are representative only of the principles of the invention and are not to be considered limitative thereof. Because numerous variations and modifications of the apparatus, all within the scope of the present invention, will become apparent to those skilled in the art, the scope of the invention is to be limited solely by the claims appended hereto.

What is claimed:

1. Apparatus for conducting fluids from a fluid source to a fluid receiver and for controlling fluid loss therefrom, said apparatus comprising:

at least one conduit having an inlet end and an outlet end;

at least one containment housing having a first end and a second end, said containment housing being sized and configured to receive at least a portion of said conduit therein, such that a containment chamber is defined between said outer surface of said conduit and said inner surface of said containment housing;

a valve attached in fluid flow relationship to said conduit, said valve being adjustable from an open position, defined as when a fluid is able to pass through said valve and through said conduit, to a closed position defined as when a fluid is unable to flow through said conduit;

a release engaging said valve, said release holding said valve in said open position;

means for biasing said valve to said closed position being attached to said valve;

an air vent formed in said containment housing such that when a fluid enters said containment housing at least a portion of the air is vented from said containment housing; and

a block inserted within said containment chamber such that said block engages said containment housing and lies adjacent said release, said block expanding when

5,771,916

9            10

said fluid enters said containment chamber to at least partially immerse said expanding block, said expanding block operatively engaging said release so that said valve is moved to said closed position by said biasing means.

2. Apparatus as in claim 1 said valve further comprising:

a valve stem attached to said valve such that rotation of said valve stem moves said valve from said open position to said closed position; and

an arm having a first end attached to said valve stem and said second end extending therefrom such that said second end engages said release so that said arm and said valve stem are prevented from rotating said valve to said closed position.

3. Apparatus as in claim 2 wherein said release comprises a lever having a first end pivotally attached to said containment housing and a second end engaging said second end of said arm preventing rotation of said arm, thereby holding said valve in said open position.

4. Apparatus as in claim 1 wherein said block is comprised of compressed fibers that expand upon immersion in a predetermined fluid.

5. Apparatus as in claim 4 wherein said block is comprised of wood fibers.

6. Apparatus as in claim 1, said conduit comprising; a first section, that includes said outlet end, said first section being comprised of a rigid material; a third section, that includes said inlet end, said third section being comprised of a rigid material, and a second section interposed between and connected in fluid flow relationship with said first and third sections, said second section being comprised of a flexible material; and said containment housing comprising a first part, including said first end, said first part being comprised of a flexible material and a second part, including said second end, said second part being comprised of a rigid material, said first and second parts being attached to one another in fluid flow communication; and said valve being inserted in said third section of said conduit and attached to said second part of said housing.

7. Apparatus as in claim 6, wherein said conduit has an exterior surface and said containment housing has an interior surface, said apparatus further comprising said third segment of said conduit being contiguously formed with said

second part of said containment housing and said first end of said containment housing being sealingly attached to said first section of said conduit, forming a containment chamber between said exterior of said first conduit and said interior of said containment housing.

8. Apparatus as in claim 1 further comprising a drain line having a first end attached to said vent and a second end connectable to a drain pipe, whereby the fluid overflowing said containment housing through said vent is captured by said drain pipe.

9. Apparatus as in claim 1, further comprising;

a second conduit, defined as a bypass conduit, having a first end and a second end, said first end being attached to said valve and extending outwardly therefrom, said bypass conduit passing through and being sealed to said containment housing, when said valve is in said open position in relation to said conduit, said valve is closed in relation to said bypass conduit such that no fluid may pass through said valve into said bypass conduit, when said valve is closed in relation to said conduit said bypass conduit is in fluid flow relationship with said valve and in fluid flow relationship with said inlet end of said conduit.

10. Apparatus as in claim 9, further comprising a Y-shaped connector having a first end, a second end, and a third end, said second end being attached in fluid flow relationship with said outlet end of said conduit and said third end being attached in fluid flow relationship with said second end of said bypass conduit and said first end of said connector defining a connector outlet end.

11. Apparatus as in claim 10, further comprising means for preventing fluid flow outwardly from said second end of said connector being attached to said connector proximal to said second end of said connector and a means for preventing fluid flow outwardly from said third end of said connector being attached to said connector proximal to said third end of said connector, whereby fluid flowing in said conduit is prevented from entering said bypass conduit and fluid flowing in said bypass conduit is prevented from entering said conduit.

* * * * *

US005931184A

## United States Patent [19]

**Armenia et al.**

[11] Patent Number: **5,931,184**

[45] Date of Patent: **Aug. 3, 1999**

[54] **SAFETY HOSE FOR DELIVERING WATER TO AN APPLIANCE**

[76] Inventors: **John G. Armenia**, P.O. Box 716; **Alfred L. Calciano**, 3342 W. Gulf Drive, both of Sanibel Island, Fla. 33957

[21] Appl. No.: **08/872,234**

[22] Filed: **Jun. 10, 1997**

[51] Int. Cl.$^6$ ............................ F16L 9/18; F16L 55/16

[52] U.S. Cl. ............................ 137/312; 73/46; 73/49.1; 138/114; 285/13; 285/123.1

[58] Field of Search ........................ 137/312; 73/46. 73/49.1; 138/103. 104, 113. 114; 141/88; 68/207. 208; 285/13. 123.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 313,393 | 3/1885 | Westinghouse, Jr. | 285/123.1 |
| 1,466,592 | 8/1923 | King | 285/123.1 |
| 2,838,074 | 6/1958 | Lauck | 285/123.1 |
| 4,062,376 | 12/1977 | McGrath | 137/312 |
| 4,149,568 | 4/1979 | Kuntz et al. | 138/114 |
| 4,274,549 | 6/1981 | Germain | 138/114 |
| 4,445,332 | 5/1984 | Thies et al. | 285/123.1 |
| 4,886,305 | 12/1989 | Martin | 138/113 |
| 4,922,971 | 5/1990 | Grantham | 138/113 |
| 4,930,549 | 6/1990 | Renner | 138/113 |
| 5,156,190 | 10/1992 | Staley, Jr. | 137/312 |
| 5,285,744 | 2/1994 | Grantham et al. | 138/113 |
| 5,497,810 | 3/1996 | Berger et al. | 138/113 |

| | | | |
|---|---|---|---|
| 5,529,098 | 6/1996 | Bravo | 137/312 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2210756 | 9/1972 | Germany | 138/114 |

*Primary Examiner*—George L. Walton
*Attorney, Agent, or Firm*—William E. Noonan

[57] **ABSTRACT**

A safety hose apparatus is provided for delivering water from a standard threaded hose bib to an appliance. The apparatus includes a first end fitting that has a first pipe. A first threaded connector is rotatably attached to the first pipe for communicably connecting the first pipe to the hose bib. A second end fitting includes a second pipe and a second threaded connector is rotatably connected to the second pipe for communicably connecting the second pipe to a standard threaded appliance inlet. An elongate outer hose segment extends continuously between the first and second fittings and includes a first end interengaged with the first end fitting and spaced apart from the first connector to fully expose the first connector. A second end is interengaged with the second end fitting and spaced apart from the second connector to fully expose the second connector. An elongate inner hose segment extends through the outer hose segment and communicably interconnects the first and second pipes. The inner and outer hose segments have an interior space formed therebetween. The apparatus transmits water from the hose bib to the inlet of the appliance and the interior chamber captures water leaking escaping through a rupture in the inner hose segment.

**16 Claims, 2 Drawing Sheets**





*FIG. 1*



5,931,184

**1**

# SAFETY HOSE FOR DELIVERING WATER TO AN APPLIANCE

## FIELD OF THE INVENTION

This invention relates to a safety hose for delivering water from a standard hose bib to an appliance that utilizes the water. More particularly, this invention relates to a safety hose for washing machines, dishwashers, other appliances and plumbing fixtures.

## BACKGROUND OF THE INVENTION

Various types of appliances, including washing machines and dishwashers as well as assorted plumbing fixtures, such as toilets and sinks, must be interconnected through a hose to a source of water. Conventional water hoses, which are normally composed of rubber or plastic, tend to wear and break down over time. Deterioration is caused, for example, by bending of the hose and the repeated passage of water through the hose. Hot water hoses are particularly susceptible to wear because of the stresses caused by repeated changes in temperature. Hose life is also affected by the water quality, water pressure, geographic locale and frequency of use. As the hose deteriorates, ruptures are likely to occur. Eventually, the hose may rupture or burst, which can result in flooding and serious water damage to the room or building in which the appliance is located, as well as items located therein. Aggravating and extremely expensive repairs may be necessitated.

Various techniques and procedures have been employed to combat leaks and ruptures in water hoses. Certain of these devices employ sophisticated electronic sensors that detect leakage in the hose and shut off the supply of water to the hose by closing a valve proximate the hose bib. These products are invariably expensive and virtually impossible for most homeowners to install. They have not significantly reduced the problem of ruptured appliance hoses.

Renner, U.S. Pat. No. 4,930,549 discloses a technique for installing a pair of protective sleeves respectively on the hot and cold water hoses of a washing machine. A drainage hose is interconnected between the sleeves for conducting water that leaks from either of the hoses to a standard drain line. This procedure is complicated, time consuming, labor intensive and wholly impractical. The protective sleeve must be cut in various locations and installed in several segments. Up to 20 fittings and clamps must be used and these components cannot be tested until the protective sleeve is fully installed on the hose. Accordingly, the system operates unreliably. If the hose segments or fittings are not properly and precisely fitted, potentially damaging leaks are still very likely to occur. Moreover, the protective sleeves must be wrapped completely about and secured to both the hose bib spout and the inlet of the washing machine. And the outer sleeve can be installed only after the inner hose is already interconnected between the hose bib and the appliance inlet. As a result, the Renner technique is a time consuming and tedious procedure that usually requires the expertise of an expensive professional plumber.

## SUMMARY OF INVENTION

It is therefore an object of the present invention to provide an improved, yet greatly simplified safety hose for appliances and plumbing fixtures that utilize water.

It is a further object of this invention to provide a universal safety hose that comprises a fully factory assembled product, which may be installed quickly and

**2**

conveniently on a wide variety of appliances and plumbing fixtures, including but not limited to washing machines and dishwashers.

It is a further object of this invention to provide a safety hose that employs a relatively simple, uncomplicated and inexpensive construction including no clamps, only a single continuous length of outer hose and only two universal fittings.

It is a further object of this invention to provide a safety hose that operates effectively and reliably to prevent water leaks and resulting damage.

It is a further object of this invention to provide a safety hose that is conveniently assembled and pressure tested at the factory so that installation is facilitated and consistently reliable and relatively fail-safe operation is achieved.

It is a further object of this invention to provide a safety hose employing a protective outer hose that is never under water pressure and which thereby resists rupturing.

It is a further object of this invention to provide a safety hose that employs an outer sleeve or hose which is not attached directly to the hose bib or the appliance inlet so that installation of the apparatus is facilitated considerably.

It is a further object of this invention to provide a safety hose that is easily and inexpensively installed, even by homeowners and lay persons having no plumbing expertise.

This invention results from a realization that a pre-assembled, factory tested safety hose may be constructed simply and inexpensively by employing a pair of end fittings that carry respective rotatable threaded connectors and by utilizing a pair of inner and outer hoses that are permanently interconnected between the end fittings such that the outer hose extends continuously between the end fittings and the ends of the outer hose are spaced apart from respective rotatable connectors. This permits the safety hose to be quickly and conveniently installed by simply screwing the threaded connectors onto the hose bib and the appliance or plumbing fixture inlet, respectively.

This invention features a safety hose apparatus for delivering water from a standard hose bib to an appliance. The apparatus includes a first end fitting, which has means defining a first pipe. A first threaded connector is rotatably attached to the first pipe for communically connecting the first pipe to the hose bib. A second end fitting includes means defining a second pipe. There is a second threaded connector rotatably attached to the second pipe for communically connecting the second pipe to a standard threaded inlet of the appliance. An elongate outer hose extends continuously between the first and second fittings and includes a first end interengaged with the first end fitting and spaced apart from the first connector means to fully expose the first connector means. A second end of the outer hose is interengaged with the second end fitting and is spaced apart from the second connector means to fully expose the second connector means. An elongate inner hose extends through the outer hose and communically interconnects the first and second pipes. The inner and outer hoses have an interior space formed therebetween. The apparatus transmits water from the hose bib to the inlet of the appliance and the interior space receives water escaping through a rupture in the inner hose.

In a preferred embodiment, the first end fitting includes means defining a first plug disposed about and attached to the first pipe and a second plug disposed about and attached to the second pipe. The first end of the water hose may be interengaged with the first plug and the second end of the outer hose may be interengaged with the second plug. The

3

first end plug may include a first, generally cylindrical element having an open end that communicates with the outer hose and a distal wall fixed to the first pipe and through which the first pipe extends. The second plug may include a second cylindrical element having an open end that communicates with the outer hose and a distal end wall attached to the second pipe and through which said second pipe extends. Each cylindrical element and associated pipe may define an annular space that communicates with the interior space between the inner and outer hoses. The first and second end plugs may define respective ends of the interior space.

Each threaded connector may include a generally cylindrical component having an open forward end, a rearward end wall attached to the cylindrical element and including a central opening through which a respective one of the first and second pipes extends. Threads may be formed on the inner circumferential surface of the cylindrical element. Each pipe may include a radial flange disposed inside a respective cylindrical element and interengaging the end wall to rotatably mount the connector on a respective pipe.

Drain conduit means may be attached directly to a respective one of the end fittings and in communication with the interior space for discharging liquid from the interior space into a standard appliance drain pipe. The drain conduit means may be attached directly to the cylindrical element of the first plug and may communicate with the annular space associated with that cylindrical element for discharging liquid from the interior space into a standard appliance drain pipe. The drain conduit means may include a permanent outlet port formed through the cylindrical element and a drain hose communicably interconnecting the outlet port and the standard drain pipe. The permanent outlet port may be formed in the cylindrical element at a location between the first end of the outer hose and the first threaded connector means.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Other objects, features and advantages will occur from the following description of preferred embodiments and the accompanying drawings, in which:

FIG. 1 is a perspective view of a washing machine utilizing the safety hose apparatus of this invention;

FIG. 2 is an elevated, partly cross sectional view of the safety hose apparatus;

FIG. 3 is a perspective view of the first end fitting located proximate the standard hose bib; and

FIG. 4 is a cross sectional view of the inner and outer hose segments.

There is shown in FIG. 1 a safety hose apparatus 10 for delivering water from a standard hose bib 12 to the inlet 14 of a washing machine 16. Hose bib 12 represents the usual hot water source for the washing machine. An analogous safety hose apparatus may be utilized for the cold water line. However, it is particularly preferred that apparatus 10 be employed for the hot water line because that line is subject to greater stresses due to the relatively high temperature of water usually delivered through the hose. For simplicity, apparatus 10 is shown herein attached only between the hot water bib 12 and washing machine 16. A standard cold water conduit 18 is secured to cold water inlet 20 in a conventional manner. Although a washing machine is depicted in this embodiment it should be understood that apparatus 10 may be employed with a wide variety of other appliances that are connected to a source of water. As used herein "appliance"

4

includes all types of machines and also includes plumbing fixtures such as toilets and sinks.

Hose bib 12 includes a threaded spout 22. Washing machine inlet 14 is likewise externally threaded. The hose bib includes a valve handle 13, which rotates about a horizontal axis. The valve handle is opened to provide water to the washing machine in a known manner. A standard washing machine drain hose 24 discharges water from washing machine 16 and empties that water into a conventional drain pipe 26.

In FIG. 2, the hose bib is altered slightly in a known manner. Specifically, hose bib 12a includes a threaded spout 22a that extends in an axially horizontal manner. Valve handle 13a is mounted such that it rotates about a vertical axis. Although positioned somewhat differently, both hose bibs 12 and 12a operate in an analogous manner. In fact, the safety hose of this invention may be employed with all known types of hose bibs.

As best shown in FIG. 1, hose apparatus 10 includes an elongate hose structure 30 interconnected between a first end fitting 32 and an opposite second end fitting 34. The first and second fittings 32 and 34 may be composed of brass or some other type of corrosion-resistant metal. Alternatively, various types of molded plastics and other synthetic components may be utilized to form the fittings. As best shown in FIGS. 2 and 3, first end fitting 32 includes a generally cylindrical plug 36 having an open end 38 and an wall 40 formed at the opposite end. A first elongate pipe 42 extends centrally through cylindrical plug 36. An inner end of the pipe is located beyond open end 38 of plug 36. Pipe 42 passes fully through plug 36 and through and beyond wall 40. The pipe is joined to the end wall by welding or other appropriate means. A plurality of barbs or protuberances 44 is formed about the outer circumferential surface of plug 36 proximate open end 38. Similarly, a plurality of barbs 46 are formed about the outer circumference of pipe 42 proximate the inner end of that pipe. Pipe element 42 is fastened to cylindrical plug 36 such that an interior annular space 50 is formed between the pipe element and the cylindrical plug.

A drain conduit 60, FIG. 1, is attached directly to cylindrical plug 36 of first end fitting 32. As illustrated in FIGS. 2 and 3, drain conduit 60 includes a permanent outlet port 62 that is attached to and extends transversely from cylindrical plug element 36. Outlet port 62 includes a generally tubular segment that communicates with annular space 50 of fitting 32. The distal end of tubular outlet port 62 includes circumferential barbs 64. An elongate drain hose 66, FIGS. 1 and 3, is compression fit or otherwise attached to outlet 62 such that hose 66 grips barbs 64. The drain hose interconnects port 62, and thereby fitting 32, with drain pipe 26, in the manner best shown in FIG. 1. The function of this drain line is described more fully below.

A standard threaded female cylindrical connector 70 is rotatably attached to the distal end of first pipe 42. Connector 70 preferably comprises a generally cylindrical, rotatable nozzle fitting of the type employed by garden hoses and analogous types of hoses. The interior circumference of connector 80 includes a helical thread 72. The connector 70 includes an open end 74 and an opposite wall 76 having a central opening 78 formed therethrough. Opening 78 receives first pipe 42 and is sufficiently wide such that the pipe is axially rotatable therein. The distal end of the pipe includes an annular flange 80, FIGS. 2 and 3. Flange 80 engages the inside surface of connector wall 76 and attaches the connector rotatably to pipe 42. An annular washer 82, FIG. 2, is disposed within connector 70 and engages flange

5

80. Washer 82 helps to minimize leakage from the connector 70. Connector 70 is fastened to the hose bib by simply screwing the connector onto the bib such that threads 72 interengage the threads on spout 22a. Analogously, connector 70 is secured to hose bib 12 in FIG. 1 by screwing the connector onto threaded spout 22 of bib 12.

As shown in FIG. 2, second end fitting 34 similarly includes a generally cylindrical second plug element 86 having an open first end 88 and an opposite wall 90. Fitting 34 also includes a second pipe 92 that extends centrally through plug element 86. More particularly, pipe 92 extends through wall 90 of element 86 and is secured thereto by welding or other appropriate means. Pipe 92 has a generally L-shaped configuration. The inner end of the pipe is located beyond the inner, open end 88 of plug element 86. Likewise, the distal or L-shaped end of the pipe element extends beyond wall 90. A first set of barbed connectors 94 is formed circumferentially about plug 86 proximate open end 88. Likewise, a set of connecting barbs 96 is formed circumferentially about the inner end of pipe 92.

A cylindrical female connector 98 is rotatably attached to the distal end of pipe 92. Similar to the previous end fitting, pipe 92 extends through an opening in an end wall 100 of threaded connector 98. An annular flange 102 is formed about the distal end of the pipe. Flange 102 interengages wall 100 of connector 98 to rotatably mount the connector onto the pipe. Threads 104 are formed about the interior circumference of connector 98. The connector is attached to threaded appliance inlet 14 by interengaging connector threads 104 with the circumferential threads of inlet 14 and screwing connector 98 onto inlet 14 in a known manner. Once again, a washer 106 is disposed within connector 98 to reduce leaking from connector 98.

Hose structure 30 includes an outer hose segment 110, FIGS. 1, 2 and 4, and an inner hose segment 112 that extends generally centrally through outer hose segment 110. More particularly, outer hose segment 110 extends continuously between fittings 32 and 34 and includes a first end 114 that is interengaged with first plug element 36 and a second end 116 that is interengaged with plug element 86. Preferably, end 114 is compression fit onto plug element 36 such that the hose segment interengages barbs 44. This holds the outer hose segment securely onto first fitting 32. Likewise, end 116 is compression fit onto plug element 86 such that the hose segment interengages barbs 94 carried by element 86. Various alternative means of attachment may also be employed. Hose end 114 is spaced apart from rotatable connector 70 such that connector 70 remains fully exposed. Similarly, hose end 116 is spaced apart from rotatable connector 98 to fully expose that connector as well. As a result, both the connectors 70 and 98 freely rotate without any interference or hindrance from the outer hose segment 110. This is an important feature of the invention and permits apparatus 10 to be quickly and conveniently secured both to the hose bib and to the appliance inlet in a manner that will be described more fully below.

Inner hose segment 112 extends through outer hose 110 and communicaly interconnects pipe 42 of first end fitting 32 with pipe 92 of second end fitting 34. More particularly, a first end 120 of hose segment 112 is compression fit onto the inner end of pipe 42 such that hose segment 112 securely grips barbs 46 of pipe 42. Likewise, end 122 of hose segment 112 is compression fit onto the inner end of pipe 92. The inner hose securely grips barbs 96 to fasten the pipe 92 to the inner hose segment 112. When connected in this manner, inner hose segment 112 communicaly joins pipes 42 and 92. As a result, water is able to flow from threaded

6

connector 70 to threaded connector 98. A generally annular interior space 115 is formed between the hoses. Annular interior space 115 communicates with annular space 50 of cylindrical end plug 36 and annular space 89 of plug 86. This overall space serves as a chamber 117 to receive water that leaks through any ruptures in the inner hose segment 112. This operation is described more fully below.

The inner and outer hose segment may be composed of various flexible, water resistant materials including rubber, neoprene and a wide variety of alternative natural and plastic materials. Preferably, the entire apparatus 10 is mass produced or otherwise fully assembled and tested at the factory. The end fittings and connectors may be molded or formed by other known processes. The inner and outer hose segments 110 and 112, as well as the drainage hose 66 are then permanently attached to the respective fittings, preferably by appropriate known compression fitting techniques. Only five points of attachment are required for the hoses. This facilitates the manufacturing procedure considerably and significantly reduces the cost of manufacture.

Apparatus 10 is installed quickly and conveniently. First, the homeowner or other installer turns off the valve at hose bib 12, 12a. The old hose interconnecting the bib and the appliance is then removed and discarded. Next, fully assembled apparatus 10 is installed. Threaded connector 70 is screwed onto threaded sprout 22 or 22a. The opposite threaded connector 98 is similarly screwed onto threaded appliance inlet 14. Finally, drain hose 66 is inserted into drain pipe 26. Apparatus 10 is now fully installed and ready for use.

To operate appliance 16, valve 13, 13a is opened. Each time the washing machine or other appliance is used, water is delivered through the apparatus 10 from the hose bib to the appliance inlet 14. Specifically, water is introduced through connector 70 into inner pipe 42. The water travels, in the direction of arrows 119, through communicaly interconnected inner pipe 42, inner hose segment 112 and inner pipe 92 of second end fitting 34. The water then exits pipe 92, as indicated by arrow 130, and is introduced through connector 98 into inlet 14 of appliance 16. During normal operation, the appliance uses the water and eventually discharges the water through drain line 24, FIG. 1, into drain pipe 26.

In the event that a crack, break, leak or other rupture occurs in hose 112, water enters the space 115 between inner hose segment 112 and outer hose segment 110. Plug elements 36 and 86 serve effectively as plugs or stoppers at the end of outer hose segment 110 and retain the water within the chamber 117. As indicated by arrows 140 in FIG. 2, this water is discharged through outlet 62 into drain hose 66. The drain hose conducts the water into drain pipe 26, FIG. 1. As a result, the leaking water is captured by the outer hose segment 110 and released into the standard drain pipe. Potentially expensive damage to the room, building and/or furniture is thereby avoided.

In alternative embodiments, the permanent outlet 60 and drain hose 66 may be omitted. In such versions, the device preferably employs some type of indicator, which warns the homeowner that the inner hose has burst or otherwise ruptured. A visual or audio indicator may be employed. In such embodiments, when the inner hose bursts or ruptures, the outer hose prevents water from leaking into the room. Water continues to be delivered to and used by the appliance. The use of some type of warning indicator is desirable in such cases because eventually the outer hose may deteriorate and leak. It should be noted that a warning indicator may

5,931,184

7

also be employed when a drain conduit is used, as in the above described manner.

In still other embodiments, the plugs may be eliminated and the inner and outer hose segments may be secured to the respective pipes. Also, drain conduits may be connected to both end fittings 32 and 34, or simply fitting 34 alone.

Accordingly, the present invention features a very reliable, easy to install and inexpensively manufactured safety hose that is suitable for use on washing machines, dishwashers and all types of appliances and plumbing fixtures utilizing water. Only two universal fittings are required and these fittings may be pressure tested at the factory. Installation is quick, simple and inexpensive. Clamps and multiple sleeve segments are eliminated. Reliable protection is provided against potentially catastrophic hose ruptures. Because each end of the outer hose is fastened to a respective fitting at a point that fully exposes the rotatable threaded connector, the entire product may be installed by virtually anyone in only a few moments. The prior art, which requires that the outer sleeve be attached directly to and cover the threaded connectors, does not permit such an installation. Accordingly, the known art teaches a fairly intricate and costly installation procedure for covering an existing hose. In contrast, the present invention discloses a fully assembled, factory tested product that is installed quickly, simply and inexpensively onto the appliance.

Although specific features of the invention are shown in some drawings and not others, this is for convenience only, as each feature may be combined with any or all of the other features in accordance with the invention. Other embodiments will occur to those skilled in the art and are within the following claims.

What is claimed is:

1. A safety hose apparatus for delivering water from a threaded spout of a standard hose bib to a standard threaded appliance inlet, said apparatus comprising:

a continuous outer hose;

an inner hose extending through said outer hose;

a first end fitting, which includes a first pipe communicably connected proximate one end thereof to a first end of said inner hose, a first threaded connector being rotatably attached to said first pipe proximate the opposite end thereof and threadably engaged with the spout of the hose bib to communicably connect said first pipe and said inner hose to said hose bib; and

a second end fitting that includes a second pipe communicably connected proximate one end thereof to a second end of said inner hose, a second threaded connector being rotatably attached to said second pipe proximate the other end thereof and threadably engaged with the appliance inlet to communicably interconnect said inner hose and said second pipe to the appliance inlet, whereby water from said hose bib is transmitted through said first pipe, said inner hose and said second pipe to the appliance inlet; and

at least a portion of said first fitting defining a first closure that is attached to a first end of said outer hose and at least a portion of said second fitting defining a second closure that is attached to a second end of said outer hose to retain, within said outer hose, water leaking through a rupture in said inner hose, said first threaded connector being peripherally exposed by said first end of said outer hose sufficiently to permit unhindered rotation of said first threaded connector about said first pipe so that said first connector may be threadably engaged with and disengaged from the spout, and said

8

second threaded connector being peripherally exposed by said second end of said outer hose sufficiently to permit unhindered rotation of said second threaded connector relative to said second pipe so that said second connector may be threadably engaged with and disengaged from the appliance inlet.

2. The apparatus of claim 1 in which each said threaded connector includes a generally cylindrical component having an open forward end, a rearward end wall attached to said cylindrical element and including a central opening through which a respective one of said first and second pipes extends, and threads formed on the inner circumferential surface of said cylindrical element, said respective pipe including a radial flange disposed inside said cylindrical element and interengaging said end wall to rotatably mount said connector on said respective pipe.

3. The apparatus of claim 1 in which said first and second plugs define respective ends of said interior space.

4. The apparatus of claim 1 further including drain conduit means attached directly to a respective one of said end fittings for discharging liquid from between said hoses into a standard appliance drain pipe.

5. The apparatus of claim 1 in which said first closure is connected to and generally surrounds said first pipe, and said second closure is connected to and generally surrounds said second pipe.

6. The apparatus of claim 5 in which said first closure includes a generally cylindrical first plug and said second closure includes a generally cylindrical second plug.

7. The apparatus of claim 6 in which said first end of said outer hose segment is interengaged with said first plug and said second end of said outer hose segment is interengaged with said second plug.

8. The apparatus of claim 7 in which said first plug includes a first generally cylindrical element having an open end that communicates with said outer hose segment and a distal end wall fixed to said first pipe and through which said first pipe extends, and in which said second plug includes a second cylindrical element having an open end that communicates with said outer hose segment and a distal end wall attached to said second pipe and through which said second pipe extends, each cylindrical element and associated pipe defining an annular space that communicates with said interior space between said inner and outer hose segments.

9. The apparatus of claim 8 further including drain conduit means attached directly to said cylindrical element of said first plug and communicating with said annular space associated with said first cylindrical element for discharging liquid from said interior space into a standard appliance drain pipe.

10. The apparatus of claim 9 in which said drain conduit means include a permanent outlet port formed through said cylindrical element and a drain hose communicably interconnecting said outlet port and the standard drain pipe.

11. The apparatus of claim 10 in which said permanent outlet port is formed in said cylindrical element at a location between said first end of said outer hose segment and said first threaded connector means.

12. The apparatus of claim 1 in which said first closure is defined by a segment of said first pipe and said second closure is defined a segment of said second pipe, said first end of said outer hose being connected directly to said first pipe and spaced apart from said first end of said inner hose, said second end of said outer hose being connected directly to said second pipe and spaced apart from said second end of said inner hose.

13. A safety hose apparatus for delivering water from a threaded spout of a standard hose bib to a standard threaded appliance inlet, said apparatus comprising:

5,931,184

9

a continuous outer hose;

an inner hose extending through said outer hose;

a first end fitting, which includes a first pipe communicably connected proximate one end thereof to a first end of said inner hose, a first threaded connector being rotatably attached to said first pipe proximate the opposite end thereof and threadably engaged with the spout of the hose bib to communicably connect said first pipe and said inner hose to the hose bib;

a second end fitting that includes a second pipe communicably connected proximate one end thereof to a second end of said inner hose, a second threaded connector being rotatably attached to said second pipe proximate the other end thereof and threadably engaged with the appliance inlet to communicably interconnect said inner hose and said second pipe to the appliance inlet, whereby water from the hose bib is transmitted through said first pipe, said inner hose and said second pipe to the appliance inlet;

at least a portion of said first fitting defining a first closure that is attached to a first end of said outer hose and at least a portion of said second fitting defining a second closure that is attached to a second end of said outer hose to retain, within said outer hose, water leaking through a rupture in said inner hose, said first threaded connector being peripherally exposed by said first end of said outer hose sufficiently to permit unhindered rotation of said threaded first threaded connector rela-

10

tive to said first pipe so that said first connector may be threadably engaged with and disengaged from the spout, and said second threaded connector being peripherally exposed by said second end of said outer hose sufficiently to permit unhindered rotation of said second threaded connector relative to said second pipe so that said second connector may be threadably engaged with and disengaged from the appliance inlet; and

drain conduit means attached to at least one of said closures for discharging leaking water from between said hoses into a standard appliance drainpipe.

14. The apparatus of claim 13 in which said first closure is connected to and generally surrounds said first pipe, and said second closure is connected to and generally surrounds said second pipe.

15. The apparatus of claim 13 in which said first closure is defined by a segment of said first pipe and said closure is defined a segment of said second pipe, said first end of said outer hose being connected directly to said first pipe and spaced apart from said first end of said inner hose, said second end of said outer hose being connected directly to said second pipe and spaced apart from said second end of said inner hose.

16. The apparatus of claim 14 in which said first closure includes a generally cylindrical first plug and said second closure includes a generally cylindrical second plug.

*    *    *    *    *

)                                    )

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## PROVISIONAL APPLICATION FOR UNITED STATES LETTERS PATENT

Title:   Automatic Shut Off Device

Inventors: John G. Armenia, Alfred L. Calciano

---

### FIELD OF THE INVENTION

This invention relates to an automatic shut off device for water valves of the type that supply water to an appliance or plumbing fixture. More particularly, this device automatically closes the valve in the event of a water line rupture or an overflow condition. In certain embodiments, such as hot water heaters, the appliance itself is automatically shut off by the device.

### BACKGROUND OF THE INVENTION

A wide variety of household appliances and plumbing fixtures utilize water that is delivered through a hose, pipe or other conduit from a main shut off valve to the appliance or plumbing fixture. For example, washing machines, dishwashers, hot water heaters, automatic ice makers, sinks and toilets all typically operate on this principal. When the hose or pipe ruptures, messy and often expensive flooding may occur. Virtually all shut off valves are manually operable. If a rupture or leak is detected promptly, the homeowner can close the valve and perform necessary repairs. However, if the homeowner is absent or the rupture otherwise goes undetected, substantial damage may be caused to the building and/or its furnishings. Potentially disastrous flooding may also occur if the appliance or plumbing fixture malfunctions and overflows.

Exhibit "D"

To date, the only devices available for automatically closing the shut off valve in the event of a hose or pipe rupture are electronic instruments. These devices tend to be fairly complicated and expensive. Installing these devices is very difficult, if not impossible, for most homeowners and usually requires the expertise of a professional electrician. These instruments are particularly difficult to retrofit in existing appliances. Additionally, electrical valve shut off devices are not optimally reliable. If a power failure occurs or if one or more of the electronic components fail, the device will not operate.

A further disadvantage of the known electrical valve shut off devices is that they will not operate while the appliance is running. Moreover, these systems do not permit the valve to be manually closed. If the device fails, it may be impossible to shut off water to the appliance or plumbing fixture until the electrical device is repaired or replaced.

Hose or pipe failure can lead to additional problems when energized appliances such as hot water heaters are involved. The heating element, which is typically powered by gas or electricity, remains activated. In the absence of water, the element can overheat and burn-out.

## SUMMARY OF INVENTION

It is therefore an object of the present invention to provide an improved device for quickly and automatically closing a water valve when a leak, water line rupture or overflow condition is sensed.

It is a further object of this invention to provide a device that prevents the overheating or burning out of the heating element in a hot water heater or similar appliance when the water supply fails.

2

It is a further object of this invention to provide an automatic shut off device that may be engaged and used with a wide variety of water shut off valves.

It is a further object of this invention to provide an automatic shut off device for water valves, which eliminates all electrical components and is much more resistant to failure then previously known devices.

It is a further object of this invention to provide a device for automatically shutting off both an energized appliance, such as a hot water heater, and a valve that supplies water to that appliance, when a leak, waterline rupture or overflow condition is sensed.

It is a further object of this invention to provide an automatic shut off device for water valves which is readily retrofit for use in conjunction with existing appliances and plumbing fixtures.

It is a further object of this invention to provide an automatic shut off device for water valves, which operates effectively and reliably to prevent flooding and resulting damage.

It is a further object of this invention to provide an automatic shut off device for water valves of the type used in conjunction with various household appliances and plumbing fixtures.

It is a further object of this invention to provide an automatic shut off device for a water valve, which permits the valve to be opened and closed manually independently of the shut off device.

It is a further object of this invention to provide an automatic shut off device for water valves, which exhibits a relatively failsafe operation.

This invention features an automatic shut off device for a water valve that is manually operated by a valve handle. The shut off device includes valve driver means that are

3

connected to the valve and alternatable with the valve between a first open state and a second closed state. Spring actuator means are interengaged with the valve driver means. The spring actuator means are alternatable between a first condition wherein the spring actuator means urge the valve driver means into the first state to close the valve, and a second condition wherein the spring actuator means are held under tension and the valve and valve driver means are selectively driven by the valve handle between the first and second states. Latching means are provided for holding the spring actuator mechanism in its tensioned condition. The latching means may include means that are responsive to the presence of water for releasing the latching means such that the spring actuator means resumes its normally biased condition and the valve driver means and valve are urged into the second, closed state.

In a preferred embodiment, the valve driver means and the spring actuator means are enclosed by a housing. The valve driver means may include an elongate shaft having a blade that engages a complementary shaped receptacle in the ball valve. The housing may include a generally cylindrical body and the elongate shaft may extend axially through the cylindrical body. Means may be provided for interconnecting the housing to a valve housing that encloses the valve. Such means may comprise an exteriorly threaded tubular element that interengages a threaded recess in the valve housing. The shaft of the valve driver may extend through the tubular member and into the valve housing such that the blade interengages the receptacle in the valve. The valve may include a ball valve or other known types of valves. The manually operable valve handle may be interengaged with the ball valve by a conventional blade.

4

The spring actuator means may comprise a generally tubular sleeve that is rotatably mounted on the elongate shaft within the housing. The spring actuator means may further include a wound or spiral spring that is interconnected between the housing and the sleeve. Various other types of springs may also be used. The sleeve may include a slot or notch that extends partly about the circumference of the sleeve. A stop pin may extend radially from the elongate shaft and be received within the slot in the sleeve. The stop pin is positioned on the shaft such that when the valve and the valve driver means are in the first open state, the stop pin engages the sleeve. As a result, when the spring actuator means is released and urged into its normally biased condition, it drives the stop pin, and therefore the valve driver means, into the first state, which closes the valve.

The latching means may include a cable anchor arm that extends radially from the sleeve of the spring actuator means. The housing may include a slot through which the cable anchor arm extends. A cable is secured to the cable anchor arm and extends to a water sensing release mechanism. This mechanism may include a material that is soluble, dissolvable or otherwise deformable in water. When the water dissolves or deforms this component, the cable is released and the spring actuator means is permitted to resume its normally biased condition, which closes the valve. The cable may extend slidably through a cable jacket. A first bracket may be fixed to the end of the cable jacket and a second bracket may be fixed to the distal end of the cable. Typically, the deformable component is formed between the two brackets and the intervening cable is received in a slot formed through the deformable element. In the absence of water, the deformable element holds the two brackets apart so that the cable remains extended and the spring actuator means is held in its tensioned condition. When water deforms the deformable component, the

brackets are no longer held fully apart and the spring actuator mechanism is released to close the valve.

The shut-off device may also operate to automatically deactivate a hot water heater or other energized appliance when the latching means sense the presence of water as described above. For example, if the appliance is gas powered, the shut-off device may close a valve that supplies the gas to the appliance. Alternatively, if the appliance is electrically activated, the shut-off device may operate a switch to de-energize the appliance when water is sensed.


## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Other objects, features and advantages will occur from the following description of preferred embodiments and the accompanying drawings, in which:

FIG. 1 is an elevational front view of a manually operated, two line water valve utilizing the automatic shut off device of this invention;

FIG. 2 is a perspective view of the shut off device;

FIG. 3 is a front elevational, partly cross sectional view of the shut off device positioned adjacent to the water valve assembly with the spring actuator tensioned to hold the valve in an open condition;

FIG. 4 is an elevational front view of the elongate valve driver shaft and blade;

FIG. 5 is a perspective view of the sleeve and integrally attached lower portion of the cable anchor arm;

FIG. 6 is an elevational front view of the upper portion of the cable anchor arm;

FIG. 7 is an elevational front view of the shut off device with the cable anchor arm and spring actuator mechanism urged into the tensioned condition, whereby the valve is opened;

FIG. 8 is an elevational rear view of the shut off device with the cable anchor arm and spring actuator mechanism in the normally biased condition, whereby the valve is closed;

FIG. 9 is an elevational view of the latching cable and the water sensor positioned on the floor.

FIG. 10 is a plan view of the distal end of the cable with the water sensing and spring release component engaged therewith;

FIG. 11 is a view similar to FIG. 10 of the distal end of the cable after the water sensing and spring release component has been dissolved;

FIG. 12 is a side view of an alternative water sensing and spring release component attached at the distal end of the latching cable;

FIG. 13 is a perspective view of the water sensing and spring release component used in the embodiment of FIG. 12, with a cable accommodating slot formed therein; and

FIG. 14 is a front view of a retaining bracket carried by the distal end of the cable in the version of FIG. 12.

There is shown in FIG. 1 an automatic shut off device 10 operably connected to a standard two line water valve assembly 12. The shut off device is positioned adjacent to the valve assembly within a generally rectangular housing 13. In alternative embodiments, the housing may be omitted. Shut off device 10 and valve assembly 12 are specifically interconnected in a manner that will be described more fully below.

It should be understood that a wide variety of known water valve assemblies may be used in accordance with this invention. The particular type of valve that is used is not a limitation of this invention. In the version disclosed herein, assembly 12 includes a valve housing 14 that is joined to a pair of water lines 16 and 18. A pair of standard ball valves 20 and 22 are mounted within appropriate valve seats in housing 14. Each of the ball valves 20 and 22 is associated with one of the water lines 16 and 18. Ball valve 20 selectively interconnects line 16 to a first hose, not shown, through a standard nozzle or fitting 24. Likewise, valve 22 selectively interconnects line 18 to a second hose, not shown, through a conventional fitting 26. In the embodiment shown herein, line 16, valve 20 and fitting 24 are typically associated with one of the inlet hoses of a washing machine (e.g. the hot water hose). The other line 18, valve 22 and fitting 26 are associated with the other inlet hose (i.e. the cold water hose) of the washing machine. In alternative embodiments, this invention may be employed with valves associated with dishwashers, automatic ice makers, hot water heaters and all sorts of plumbing fixtures. The shut off device is not limited to use with a dual valve assembly. In a water heater, for example, the device automatically closes a valve in the water supply line and also disconnects the supply of energy (electricity or gas) to the hot water heater in the event of a water leak.

A manually operable valve shut off handle 28 is operably interconnected to the valves 20 and 22 in a manner that will be known to those skilled in the art, and which is disclosed more fully in FIG. 3. Handle 28 is selectively operated to manually open and close ball valves 20 and 22 in unison. This enables water to be selectively provided to or cut off from the appliance.

Shut off device 10, shown alone in FIG. 2, includes a generally cylindrical body 30 having a circumferential slot 32 that extends approximately 90 degrees about the body. A cable anchor arm 34 is connected to a sleeve 36, FIG. 1, that is mounted within body 30 in a manner described more fully below. Arm 30 pivots with sleeve 36 between the generally vertical position shown in FIG. 1 and the generally horizontal position shown in FIG. 2. Again, this manner of operation is described more fully below. A latching cable 40 is releasably secured to cable anchor arm 34. Cable 40 includes a metal or plastic wire 42, best shown in FIG. 2, which extends through a standard cable jacket 44. Cable 40 is supported on body 30 by a bracket 46. The cable jacket 44 extends into a generally tubular element 48 that is threadably engaged with bracket 46. Wire 42 extends from the upper end of element 48 and is received by a hole 50 formed through lever arm 34. A retaining bolt 52 locks wire 42 in place in lever arm 34. Accordingly, as the lever arm pivots back and forth in the manner indicated by double headed arrow 54 in FIG. 2, wire 42 is respectively pulled and pushed longitudinally through cable jacket 44.

As shown in FIG. 3, body 30 accommodates a valve driver 57 and a spring actuator mechanism 59. Valve driver 57, shown alone in FIG. 4, includes an elongate cylindrical shaft 66 that is rotatably mounted at one end in a bushing 60 formed in one wall of body 30. The opposite end of shaft 57 extends through an opening in body 30 and is rotatably supported in a threaded shank 68. A relatively thin blade 70 extends from the distal end of shaft 66 beyond shank 68. A stop pin 72 is attached to shaft 66 and extends radially therefrom. This pin may be formed at various locations on shaft 66.

Spring actuator mechanism 59 comprises the previously referenced sleeve 36, which is mounted rotatably on valve driver shaft 66, and a spiral spring 61, which is

interconnected between sleeve 36 and the cylindrical wall of body 30. Sleeve 36, shown alone in FIG. 5, includes a circumferential notch 62 that extends approximately 90 degrees about sleeve 36 proximate the right hand end thereof. In alternative embodiments, notch 62 may be formed at various other locations on the sleeve. However, in all cases, it should be positioned such that is accommodates stop pin 72, such as in the manner shown in FIG. 3. A tubular lower handle portion 64 is integrally attached to and extends radially from sleeve 36. Portion 64 is interengaged with an upper portion 74, FIG. 6, of cable anchor arm 34. Specifically, lower portion 64 includes interior threads that interengage the threads 76 of upper portion 74. The upper portion of the cable anchor arm also includes the cable receiving hole 50 and the locking screw 52, which are described above.

Shut off device 10 is operably interconnected to valve assembly 12 by securing body 30 to valve housing 14 in the manner shown in FIG. 3. Shank 68 is provided with exterior threads that operably interengage interior threads 80 in valve housing 14. Shank 68 is threadably interengaged with the threaded valve housing in the manner indicated by arrow 82.

Ball valve 20 has a standard central opening 84. A first standard slot or receptacle 86 is formed in one side of ball valve 20. This slot is operably interengaged in a known manner by an actuator blade 88 connected to valve handle 28. When handle 28 is pivoted forwardly, valve 20 is rotated forwardly into a first open state. Alternatively, when handle 28 is pivoted rearwardly, the valve is rotated rearwardly into a second closed state.

As a unique part of this invention, valve 20 is provided with a second receptacle or slot 90 in the side opposite slot 86. When shank 68 is threadably interengaged with valve housing 14, slot 90 receives blade 70. Slot 90 has a shape that generally conforms to the

shape of blade 70 and a slightly larger size. As a result, blade 70 and ball valve 20 are operably interengaged. Subsequently, when valve handle 28 is pivoted selectively forwardly and rearwardly to alternately open or close valve 20, this causes interengaged blade 70 and valve driver shaft 66 to rotate within housing 30. As a result, pin 72 rotates back and forth within notch 62. Stop pin 72 is positioned on shaft 66 such that when handle 28 is pulled forwardly and valve 20 is opened, pin 72 engages the leading edge 65 of notch 62.  Conversely, valve driver shaft 66 and blade 70 rotate axially, in a manner explained below, to rotate and thereby open and close ball valve 20 (and likewise valve 22, which is interconnected to valve 20 through handle 28 in a conventional manner).

FIGS. 7 and 8 illustrate shut off device 10 in its two conditions. Spring 61 is attached to sleeve 36 and to the inside wall of body 30 by various appropriate and known means of attachment. The spring comprises a spiral or wound spring that may be composed of assorted durable metals add metal alloys. In its normally biased condition, shown in FIG. 7, the spring urges sleeve 36 into a position that holds cable anchor arm 34 generally vertically within the circumferential slot 32 of body 30. See also FIG. 1. Spring 61 permits lever arm 34 and sleeve 36 to be pivoted downwardly, in the direction of arrows 90 such that arm 34 travels within slot 32 from the vertical position shown in FIG. 7 to the generally horizontal position shown in FIG. 8. In that position, spring 61 is tensioned or wound more tightly. As the cable anchor arm is pushed in this direction, cable wire 42 is pushed longitudinally through cable jacket 44. Sleeve 36, spring 61 and arm 34 may be held in the position of FIG. 8 by cable wire 42, which is latched in a manner that is described more fully below. When the cable is released, spring 61 urges arm 34 to return from its generally horizontal orientation to its normally biased vertical orientation, in the direction of arrows

11

92. It should be understand in alternative embodiments, various other types of springs may be used to accomplish the function described herein.

As shown in FIG. 9, enclosure 13 is mounted within a wall W. Cable 40 extends from housing 30 downwardly to a sensor and release mechanism 100 located on the floor F. As shown in FIG. 10 sensor and release mechanism 100 includes a pair of spaced apart brackets or plates 102 and 104. Bracket 102 is carried by a cylindrical fitting 106 formed at the lower end of cable jacket 44. Bracket 104 is secured to the distal end of cable wire 42. That wire extends through a water soluble component 108. This component may comprise any one of a wide variety of materials that are readily dissolvable or otherwise deformable in water. This may include corn starch, chalk  or numerous other materials. In particular, wire 42 extends through a slot 110 formed in component 108. Brackets 102 and 104 are positioned at either end of the water soluble component. As a result, the brackets are held spaced apart and wire 42 is held extended from cable jacket 44.  This condition is maintained when cable anchor arm 34 is pivoted into the generally horizontal condition shown in FIG. 8. In that position, cable wire 42 is pushed through jacket 44 such that it extends from the distal end of the jacket. Brackets 102 and 104 are spaced apart and water soluble component 108 is engaged between the spaced apart brackets. The wire is held in an extended condition and cable anchor arm 34 is held in the horizontal condition shown in FIG. 8. This causes spring 61 to be latched in its tensioned or wound condition.

As shown in FIG. 11, when water 120 floods the floor F, component 108 is dissolved. As a result, brackets 102 and 104 are no longer held apart. The spring tension of spring 61 causes cable anchor arm 34 to pivot upwardly in the direction of arrow 92, FIG. 8. Cable

wire 42 is pulled longitudinally through the cable and bracket 104 is pulled toward bracket 102 in the direction of arrows 122, FIG. 11.

In operation, valve handle 28 is pulled forwardly to open the ball valves 20 and 22 so that the appliance or plumbing fixture is provided with water. Shut off device 10 is operably interengaged with valve assembly 12 in the manner previously described. Arm 34 is pulled from its normally biased vertical orientation (FIGS. 1 and 7) to its tensioned horizontal orientation (FIGS. 2 and 8). As the cable anchor arm 34 is pulled forwardly, sleeve 36 rotates about shaft 66. Cable wire 42 is pushed longitudinally through cable jacket 44 and water soluble component 108 is positioned between spaced apart brackets 102 and 104. As a result, device 10 is latched in an armed condition. Sleeve 36 is rotated and leading edge 65 of notch 62 is positioned such that pin 72 and valve driver shaft 66 are permitted to travel between a first open valve state and a second closed valve state. The user may then manually operate valve 20, FIG. 3, by selectively raising and lowering handle 28. When valve 20 is open and the shut off device is armed, valve driver shaft 66 and pin 72 are held against leading edge 65 of sleeve 36 in the manner shown in FIG. 3. To manually close the valve, the user simply raises handle 28 (i.e. pivots it rearwardly). This causes ball valve 20 to rotate rearwardly, which in turn drives blade 70, shaft 66 and pin 72 rearwardly. Pin 72 radially rotates in a rearward direction within notch 62. To manually reopen valve 20, the user pulls handle 28 forwardly. This causes ball 20 to rotate forwardly, which in turn rotates interengaged blade 70, shaft 66 and pin 72. The pin rotates forwardly within notch 62 until it engages leading edge 65. Accordingly, valve 20 may be operated manually while device 10 remains in a latched condition (FIGS. 2, 3 and 8). This condition is maintained in the absence of water leakage.

In the event of a burst hose or pipe or an overflow of the appliance or fixture, water floods the floor in the manner shown in FIG. 11. This causes component 108 to dissolve. Tensioned spring 61 automatically pulls unlatched cable wire 42 longitudinally through the cable jacket and arm 34 pivots, as indicated by arrows 92 in FIG. 8, from the horizontal condition shown in FIG. 8, to the vertical condition shown in FIG. 7. At the same time, sleeve 36 rotates in the same direction about shaft 66. As sleeve 36 rotates, leading edge 65 of notch 62 engages pin 72 and drives it rearwardly. This causes valve driver shaft 66 to rotate rearwardly within bushing 60 and shank 63. Blade 70 likewise turns and, as a result, ball valve 20, which is attached to blade 70 through slot 90, is rotated closed. The normally biased spring condition holds valve driver 57 and the valve 20 closed until the spring actuator mechanism is re-latched. When the burst pipe or hose is remedied, the shut off device may be re-armed by lowering the cable anchor arm 34 in the manner illustrated in FIG. 7 and replacing the water soluble component 108 between the spaced apart brackets. Valve driver 57 and valves 20 and 22 then may be returned manually to an open condition.

An alternative water sensing and release mechanism 200 is illustrated in FIGS. 12-14. In this version, a water soluble component 210 is contained within an enclosure 212 having side slots 214, 216 and 218. Water soluble component 210 shown alone in FIG. 13 has a central slot 220 that receives the distal portion of cable wire 222. That wire extends through a cable jacket 224 and enters enclosure 212 through a fitting 226. The distal end of cable 222 is received by a central opening 227 in a sliding plate 228, shown alone in FIG. 14. Plate 228 includes a pair of sliding arms 230 that are received through respective

slots 216 in the sides of enclosure 212. A weight 240 helps to hold the enclosure on the floor.

Initially, the spring actuator mechanism is set in the spring tensioned condition with the cable anchor arm disposed horizontally within the cylindrical body, in the manner previously described. This operation pushes the cable wire 222 through jacket 224 such that it extends from the distal end of the jacket. Plate 228 is then placed in enclosure 212 and wire 222 is extended through slot 220 in dissolvable component 210. The soluble component thereby holds the wire in an extended condition so that previously described spring 61 and sleeve 36 are latched open. The valve may then be manually operated in the manner previously described.

When water collects on the floor, it enters enclosure 212 through slots 214, 216 and 218. This causes component 210 to dissolve. When this occurs, the tensioned spring, described above, pulls wire 222 and attached sliding plate 228 forwardly within enclosure 212, as illustrated by arrow 250. The un-latched spring actuator mechanism automatically forces the valve driver into the closed state, which closes the valve, in the manner previously described.

It should be understood that a wide variety of mechanisms may be employed for latching the shut off device to hold the valve open. Certain versions may employ a latching component  whose shape is deformed or altered, without dissolving, in the presence of water to release the spring actuator. Additionally, various mechanisms may be employed for sensing the presence of water on the floor and for releasing the latching mechanism in response to the presence of water. These may include assorted mechanical and electrical devices.

15

As previously stated, the shut-off device may be used to automatically disconnect both the water supply and the electric or gas energy supply in a hot water heater or similar appliance. A construction analogous to that described above is used. When the presence of water is sensed, the latch releases the spring so that the water supply valve is closed, as described above. A valve driver or analogous component also shuts off or deactivates the energy supply to the hot water heater. In cases where an electrical energy supply is used, the driver component operates a switch to deactivate the heating element of the hot water heater. When a gas supply is employed, the driver typically closes a valve in the gas supply line so that the heating element is de-energized. In either event, the heating element is no longer activated in the absence of water in the tank. Overheating and burning out of the heating element are thereby avoided.

Various materials may be used to compose the pieces and parts of this invention. These may include metals, metal alloys and durable plastics. These materials and the particular manufacturing techniques used to assemble the materials should be understood to those skilled in the art.

## ABSTRACT OF DISCLOSURE

An automatic shut off device for a manually operated water valve includes a valve driver that is operably engaged with the valve and alternated between a first open state and a second closed state. There is a spring actuator mechanism that alternates between a first, normally biased condition wherein the spring actuator mechanism urges the valve driver and the valve into the closed state and a second tensioned condition wherein the valve actuator mechanism permits the valve driver and the valve to be manually alternated between the first and second states. A latching mechanism holds the spring actuator mechanism in the tensioned state. When water is sensed, the latching mechanism is released so that the spring actuator mechanism urges the valve driver and the valve into the closed state.

FIG 1

90

34

30

61

36

66

32

42

44

FIG 7

92

34

42

32

34

36

70

c1

59

10

30

KEEPER NUT

CABLE holding

FIG 8

10

30

32

42

34

54

52

50

46

48

40

44

IRD

CORP.

FIG 2



FIG 3

FIG 5

FIG 4

FIG 6



FIG 9

FIG 10

FIG 11



210
212
200
214
228
216
218
224    226
240    222
FIG 12    250

227
228
230
230    FIG 14

220
210
22

FIG 13

INNOVATIVE RE~~ARCH AND DEVELOPMENT~~

P.O. Box 716 - Sanibel, FL  33957

Phone 941-395-9300 / Fax 941-395-9501

## CONFIDENTIAL DISCLOSURE AGREEMENT

This Agreement entered into between, on the one hand, Innovative Research and Development Corporation ("DISCLOSER"), having an address of P.O. Box 716, Sanibel, Florida  33957, and, on the other hand,  SAMAR Company, Inc. ("RECIPIENT"), having an address of 9 Winter Street, Stoughton, Massachusetts 02072, for the purpose of permitting a confidential disclosure of information between them and to permit them to evaluate the possibility of entering a beneficial business relationship.  To determine the feasibility of such a relationship, DISCLOSER has provided the RECIPIENT with information that DISCLOSER has developed and which is proprietary to DISCLOSER concerning an automatic shut off device for water valves and related flood prevention technology under the following patents:

> *Name:* Conduit Fluid Containment System with Automatic Shut-Off
> *Description:* Deformable
> *Serial No.:* 08/708,534
> *Date Filed:* September 5, 1996
> *Filed By:* Thomas Van Royen, File No. V-2868-020

> *Name:* Automatic Shut-Off for a Conduit Fluid Containment System
> *Description:* Expandable
> *Serial No.:* 08/727,775
> *Date Filed:* October 8, 1996
> *Filed By:* Thomas Van Royen, File No. V-2868-030

> *Name:* Safety Hose for Delivering Water to an Appliance
> *Serial No.:* 08/872,234
> *Date Filed:* June 10, 1997
> *Filed By:* William E. Noonan, Docket No. CA101

> *Name:* Provisional Patent Application Directed to Automatic Shut Off
>  Device for Water Valves
> *Serial No.:* 60/055,664
> *Date Filed:* August 14, 1997
> *Filed By:* William E. Noonan, Docket No. CA102

(the "DISCLOSED INFORMATION").  In consideration of the disclosure to the RECIPIENT of this DISCLOSED INFORMATION, the RECIPIENT agrees as follows:

INNOVATIVE RE   )ARGH AND DEVELOPMENT   )ORPORATION
P.O. Box 716 - Sanibel, FL  33957
Phone 941-395-9300 / Fax 941-395-9501

1.    The RECIPIENT shall receive the DISCLOSED INFORMATION
in confidence and will not use such information or disclose
such information to any person or organization without the
prior written consent of DISCLOSER and without executing
a license agreement with and providing fair compensation to
DISCLOSER.

2.    The RECIPIENT shall use DISCLOSER'S DISCLOSED
INFORMATION solely for the purpose of evaluating the
feasibility of a business relationship between RECIPIENT and
DISCLOSER.

3.    The RECIPIENT shall take such steps as may reasonably be
necessary to prevent the DISCLOSED INFORMATION from
falling into the hands of others.

4.    The RECIPIENT shall return to DISCLOSER any and all
drawings, illustrations, information or other items that contain
or relate to DISCLOSER'S DISCLOSED INFORMATION
where either:

a.    Negotiations between DISCLOSER and RECIPIENT
have terminated, or

b.    The RECIPIENT no longer has need of such items in
order to fulfill his or her obligations to DISCLOSER, or

c.    DISCLOSER requests the return of such items.

5.    Notwithstanding the foregoing, this Agreement shall not apply
to information which:

a.    Is already known to RECIPIENT from their own research
or from a third party who has a right to disclose the
information to RECIPIENT; or

b.    Has become a subject of a patent issued to a third party;
or

c.    Has become open to the public by any means including
disclosure in patents or publications, or public use or
sales.

**INNOVATIVE RESEARCH AND DEVELOPMENT**

**P.O. Box 716 - Sanibel, FL  33957**
**Phone 941-395-9300 / Fax 941-395-9501**

6.      This Agreement is binding upon the parties, their representatives, officers, employees, agents, successors and assigns.

7.      This Agreement constitutes the entire agreement between DISCLOSER and RECIPIENT with respect to the DISCLOSED INFORMATION.  The Agreement may not be changed, modified, released, discharged, abandoned or otherwise amended in whole or part, except by a document in writing signed by the parties.

Agreed to this _____ day of _____, 19____ .

**RECIPIENT:  SAMAR COMPANY, INC.**

Witness:_____       By: _____  _William Selby PRES_

Printed Name:_____       Printed name: ___William Selby___  _PRES_

Witness:_____       Title:_____President_____

Printed Name:_____       Date:___1/12/98_____

**DISCLOSER:  INNOVATIVE RESEARCH AND**
**DEVELOPMENT CORPORATION**

Witness:_Kathleen A Cline_  By: _John Armenia_____

Printed Name:_CATHLEEN A Cline  Printed name:_____John Armenia_____

Witness:_Sherry Sheets_  Title:_____President_____

Printed Name:_SHERRY SHEETS  Date:_____December 12, 1997_____

US006039066A

# United States Patent [19]

## Selby

| | |
|---|---|
| [11] | Patent Number: **6,039,066** |
| [45] | Date of Patent: **Mar. 21, 2000** |

[54] **SAFETY HOSE SYSTEM**

[76] Inventor: **William J. Selby**, 1530 West Dr., Stoughton, Mass. 02072

[21] Appl. No.: **09/205,393**

[22] Filed: **Dec. 4, 1998**

[51] Int. Cl.[7] .................... **F16L 9/18; F16L 55/16**

[52] U.S. Cl. ................... **137/312; 73/40.5 R; 73/49.1; 137/375; 137/551; 138/104; 138/114; 138/145; 222/108; 285/13; 285/123.1**

[58] Field of Search ................... 73/40.5 R, 46, 73/49.1; 137/312, 375, 551; 138/104, 113, 114, 145; 141/86, 88; 222/108; 285/13, 123.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,838,074 | 6/1958 | Lauck | | 138/114 |
| 4,570,686 | 2/1986 | Devine | | 138/114 |
| 4,930,549 | 6/1990 | Reaser | | 137/312 |
| 5,156,190 | 10/1992 | Staley, Jr. | | 138/104 |
| 5,411,777 | 5/1995 | Steele et al. | | 138/104 |
| 5,427,155 | 6/1995 | Williams | | 138/104 |
| 5,531,357 | 7/1996 | Guilmette | | 138/103 |
| 5,713,387 | 2/1998 | Armenia et al. | | 137/312 |
| 5,771,916 | 6/1998 | Armenia et al. | | 137/67 |
| 5,884,657 | 3/1999 | Srock | | 138/114 |
| 5,911,155 | 6/1999 | Webb | | 138/113 |
| 5,931,184 | 8/1999 | Armenia et al. | | 138/114 |

### FOREIGN PATENT DOCUMENTS

2552508   5/1977   Germany ........................... 138/104

*Primary Examiner*—George L. Walton
*Attorney, Agent, or Firm*—Steven N. Fox, Esq

[57] **ABSTRACT**

A safety hose system for use in delivering water from a water supply source to an inlet connector of a washing machine. In one embodiment, the system comprises a first connector engageable with the inlet connector of the washer machine and a second connector engageable with the water supply source. The system further comprises first hose having a first and seconds end connected to first and second connector, respectively. The system further comprises a second hose concentrically and sealed about the first hose and extending from said first connector to said second connector. The system further comprises an over-spill portion formed by said second hose being disposed within said first hose. The over-spill comprises a water reactive material which will change the color of any water entering into the over-spill portion. The system further comprises a third hose engaged with the second hose and in communication with the over-spill space. The third hose is made from a transparent material such that the color of any water passing there through can be visually observed. In operation, if the first hose should become damaged any water flowing through the first hose will be passed into the over-spill space and into the third hose where it is safely discarded.

**1 Claim, 1 Drawing Sheet**





6,039,066

1

## SAFETY HOSE SYSTEM

### FIELD OF THE INVENTION

The present invention relates generally to a system for delivering hot water from a water supply source to a washer machine.

### BACKGROUND OF THE INVENTION

Washer machines are commonly used to wash clothing. Conventional washer machines have a inlet connector to receive hot water from a supply source such as a hot water feed-line installed in the home. In common practice, the inlet connector of the washer machine is typically connected to the hot water supply source by a flexible hose assembly having a single hose made from a synthetic polymer such as rubber. Over time the flexible hose will degrade and upon complete failure hot water flowing therein is expelled into the outside environment which is typically a floor of a home. In the case of a basement, leakage of hot water typically causes more of an inconvenience than damage. However, in recent years more and more washer machines are being located and used on floors which have occupied spaces below. As such, leakage of water can cause significant property damage to the floor and the occupied space below.

### SUMMARY OF THE INVENTION

The principal object of the present invention is to provide a safety hose system that can be safely used to supply hot water from a hot water supply source to a washer machine.

The present invention is a safety hose system for use in delivering hot water from a water supply source to an inlet connector of a washing machine. In one embodiment, the system comprises a first connector engageable with the inlet connector of the washer machine and a second connector engageable with the water supply source. The system further comprises first hose having a first and seconds end connected to first and second connector, respectively. The system further comprises a second hose concentrically and sealed about the first hose and extending from said first connector to said second connector. The system further comprises an over-spill portion formed by said second hose being disposed within said first hose. The over-spill comprises a water reactive material which will change the color of any water entering into the over-spill portion, The system further comprises a third hose engaged with the second hose and in communication with the over-spill space. The third hose is made from a transparent material such that the color of any water passing there through can be visually observed. In operation, if the first hose should become damaged any water flowing through the first hose will be passed into the over-spill space and into the third hose where it is safely discarded.

### BRIEF DESCRIPTION OF THE DRAWINGS

The following description of the invention will be better understood with reference to the accompanying drawings in which:

FIG. 1 is a perspective view of the present invention showing a firs embodiment of the safety hose system

FIG. 2 is a cross-section view taken along line A—A of FIG. 1; and

FIG. 3 is a cross-section view taken along line B—B of FIG. 1

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIGS 1–3, wherein the present invention is a safety hose system 10 for use in delivering hot water from

2

a water supply source 12 to an inlet connector 14 of a washing machine 16. In one embodiment, the system 10 comprises a first connector 18 secured by to the inlet connector 14 of the washer machine 16 by conventional means and a second connector 20 engageable with the water supply source 12 by conventional means. The system 10 further comprises a first hose 22 having a first end 24 and a second end 26 which are connected to first connector 18 and the second connector 20, respectively, by conventional means such as crimping. The first hose 22 is made from a synthetic polymer such as rubber. The system 10 further comprises a second hose 28 disposed concentrically about the first hose 22 and extending from the first connector 18 to the second connector 20. The ends of the second hose 28 are sealed with a sealing material 41 to the first and connectors 18 and 20, respectively. The second hose 28 is made from a flexible polymer material that is compatible with bonding processes which will allows it to be easily bonded with another compatible polymer material and bend without becoming kinked and/or otherwise damaging the second hose 28. In the preferred embodiment the sealing material is made from a synthetic polymer such as rubber and may be formed as part of an injection molding process. The system 10 further comprises an over-spill portion 30 formed by the second hose 28 being concentrically disposed and sealed about the first hose 22. The over-spill portion 30 comprises a water reactive material 32 which will change the color of any water entering into the over-spill portion 30. The water reactive material 32 may be in the form of pellets disposed in the over-spill space and/or a coating applied to the exterior wall 23 of the first hose 18 and the interior wall 29 of the second hose 20. The system 10 further comprises a third hose 34 having a first end 35 engaged with the second hose 28 and in communication with the over-spill portion 30 and a second end 37 which may be engaged with a water discharge port such as those typically found in most homes. The third hose 34 is made from a transparent material such that the color of any water passing there through can be visually observed. Alternatively or in addition to, the second hose 34 may be connected to the second hose 28 and over-spill portion 30 by being formed as part of the sealing material 41. In operation, if the first hose 18 should become damaged any water flowing therein will be passed into the over-spill portion 30 and into the third hose 34 where it can be safely discarded.

In a second embodiment, the system 10 may comprise a fourth hose 44 having a first end 46 engaged with the second hose 28 and in communication with the over-spill portion 30 and a second end 48 which may be engaged with a water discharge port such as those typically found in most homes. The fourth hose 44 may be used to increase the discharge capacity to handle any over-flow of hot water not being discharged by the third hose 34 thereby eliminating the build-up of back pressure and possible damage to the second hose 28.

In a third embodiment, the system 10 may comprise heat shrinkable material disposed about the ends portions second hose 28 and the sealing material 412 to thereby add strength and a further moisture and air barrier.

The foregoing description is intended primarily for purposes of illustration. This invention may be embodied in other forms or carried out in other ways without departing from the spirit or scope of the invention. Modifications and variations still falling within the spirit or the scope of the invention will be readily apparent to those of skill in the art.

What is claimed:

1. A safety hose system for use in delivering water from a water supply source to an inlet connector of a washing machine:

6,039,066

3

(a) a first connector engageable with the inlet connector of the washer machine;

(b) a second connector engageable with the water supply source;

(c) a first hose having a first end and a second end, said first and second ends of said inner hose being engaged with said first and second connector, respectively;

(d) a second hose concentrically disposed and sealed about said first hose and extending from said first connector to said second connector;

(e) an over-spill portion formed by said second hose being disposed within said first hose, said over-spill compris-

4

ing a water reactive material which will change the color of any water entering into said over-spill portion; and

(f) a third hose engaged with said second hose and in communication with said over-spill space, said third hose being made from a transparent material such that the color of any water passing through the third hose can be visually observed;

whereby if said first hose should become damaged any water flowing through said first hose will be passed into said over-spill space and into said third hose where the water can be safely discarded.

* * * * *